| United States Bankruptcy Court | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**CIT Group Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**CIT Group Inc. (Del); Tyco Capital Holding, Inc.; T-Sub Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>**65-1051192** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**505 Fifth Avenue**<br>**New York, New York**<br>ZIP CODE **10017** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**New York County** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

## Type of Debtor
(Form of Organization)
(Check one box.)

- ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

## Nature of Business
(Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other **Financial Services**

### Tax-Exempt Entity
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

## Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box.)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- ☑ Debts are primarily business debts.

## Filing Fee (Check one box.)

- ☑ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

## Chapter 11 Debtors

**Check one box:**
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

## Statistical/Administrative Information

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

### Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☑ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

### Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☑ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

### Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☑ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>CIT Group Inc. | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☑ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | **Name of Debtor(s):** |
|---|---|
| *(This page must be completed and filed in every case.)* | CIT Group Inc. |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X _____<br>   Signature of Debtor<br><br>X _____<br>   Signature of Joint Debtor<br><br>_____<br>   Telephone Number (if not represented by attorney)<br><br>_____<br>   Date | X _____<br>   (Signature of Foreign Representative)<br><br>_____<br>   (Printed Name of Foreign Representative)<br><br>_____<br>   Date |

| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X   */s/ Gregg M. Galardi*<br>   Signature of Attorney for Debtor(s)<br>   Gregg M. Galardi<br>   Printed Name of Attorney for Debtor(s)<br>   Skadden, Arps, Slate, Meagher & Flom LLP<br>   Firm Name<br>   Four Times Square<br>   Address   New York, New York 10036<br><br>   212-735-3000<br>   Telephone Number<br>   11/1/2009<br>   Date<br><br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>_____<br>Date |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X   */s/ Robert J. Ingato*<br>   Signature of Authorized Individual<br>   Robert J. Ingato<br>   Printed Name of Authorized Individual<br>   Executive Vice President and General Counsel<br>   Title of Authorized Individual<br>   11/1/2009<br>   Date | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                    :
In re:                              :   Chapter 11
                                    :
CIT GROUP INC., et al.,             :   Case No. 09-
                                    :
            Debtors.                :   (Joint Administration Requested)
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## EXHIBIT "A" TO VOLUNTARY PETITION

1.      The securities of CIT Group Inc. and certain of its subsidiaries (collectively, "CIT")
identified below are registered under section 12 of the Securities and Exchange Act of 1934.
The SEC file number is 001-31369.

2.      The following financial data, which is consolidated among CIT and certain of its
subsidiaries (including subsidiaries which are not debtors in these chapter 11 cases), is the latest
available information and refers to the CIT's and its debtor-subsidiaries' condition on June 30,
2009.[1]

|   | | |
|---|---|---|
| a. | Total assets | $71,019,200,000 |
| b. | Total liabilities | $64,901,200,000 |
| c. | Debt securities held by more than 500 holders:[2] | |

### CIT Group Inc. Outstanding Notes

| Title | Outstanding Principal Amount | CUSIP/ISIN |
|---|---|---|
| 6.875% Notes due November 1, 2009 | USD 300,000,000 | 12560PCL3 |
| 4.125% Notes due November 3, 2009 | USD 500,000,000 | 125581AM0 |
| 3.85% Notes due November 15, 2009 | USD 1,959,000 | 12557WJP7 |
| 4.63% Notes due November 15, 2009 | USD 1,349,000 | 12557WLV1 |
| 5.05% Notes due November 15, 2009 | USD 2,800,000 | 12557WPC9 |
| 5.00% Notes due November 15, 2009 | USD 4,217,000 | 12557WB26 |

---

[1]    Source: Form 10-Q of CIT Group Inc. filed pursuant to Section 15(d) of the Securities Exchange Act of 1934
       on August 17, 2009.

[2]    CIT is unable to determine the precise number of holders of its debt securities. Accordingly, CIT elects to
       identify all outstanding debt securities in response to this inquiry. All debt securities of CIT are unsecured.

| Title | Outstanding Principal Amount | CUSIP/ISIN |
|---|---|---|
| 5.00% Notes due November 15, 2009 | USD 5,083,000 | 12557WB59 |
| 5.00% Notes due November 15, 2009 | USD 6,146,000 | 12557WB83 |
| 3.95% Notes due December 15, 2009 | USD 3,314,000 | 12557WJV4 |
| 4.80% Notes due December 15, 2009 | USD 2,073,000 | 12557WMB4 |
| 4.70% Notes due December 15, 2009 | USD 285,000 | 12557WPL9 |
| 4.85% Notes due December 15, 2009 | USD 582,000 | 12557WPU9 |
| 6.25% Notes due December 15, 2009 | USD 63,703,000 | 12557WSJ1 |
| 6.50% Notes due December 15, 2009 | USD 40,994,000 | 12557WSM4 |
| Floating Rate Notes due December 21, 2009 | USD 113,000,000 | 12560PDL2 |
| 4.25% Notes due February 1, 2010 | USD 750,000,000 | 125581AQ1 |
| 4.05% Notes due February 15, 2010 | USD 4,172,000 | 12557WKE0 |
| 5.15% Notes due February 15, 2010 | USD 1,918,000 | 12557WQC8 |
| 5.05% Notes due February 15, 2010 | USD 1,497,000 | 12557WQL8 |
| 6.50% Notes due February 15, 2010 | USD 58,219,000 | 12557WSX0 |
| 6.25% Notes due February 15, 2010 | USD 44,138,000 | 12557WTE1 |
| Floating Rate Notes due March 1, 2010 | CHF 100,000,000 | CH00293 82659 |
| 2.75% Notes due March 1, 2010 | CHF 50,000,000 | CH0029407191 |
| Floating Rate Notes due March 12, 2010 | USD 1,000,000,000 | 125581CX4 |
| 4.30% Notes due March 15, 2010 | USD 1,822,000 | 12557WKL4 |
| 5.05% Notes due March 15, 2010 | USD 4,241,000 | 12557WMH1 |
| 5.15% Notes due March 15, 2010 | USD 6,375,000 | 12557WMP3 |
| 4.90% Notes due March 15, 2010 | USD 297,000 | 12557WQU8 |
| 4.85% Notes due March 15, 2010 | USD 784,000 | 12557WRC7 |
| 6.50% Notes due March 15, 2010 | USD 33,677,000 | 12557WTL5 |
| Floating Rate Notes due March 22, 2010 | USD 150,000,000 | 12560PFN6 |
| 4.45% Notes due May 15, 2010 | USD 3,980,000 | 12557WKS9 |
| 5.25% Notes due May 15, 2010 | USD 2,414,000 | 12557WMV0 |
| 4.30% Notes due June 15, 2010 | USD 1,013,000 | 12557WKX8 |
| 4.35% Notes due June 15, 2010 | USD 1,419,000 | 12557WLE9 |
| 5.30% Notes due June 15, 2010 | USD 2,622,000 | 12557WNB3 |
| 4.60% Notes due August 15, 2010 | USD 1,131,000 | 12557WLL3 |
| 5.45% Notes due August 15, 2010 | USD 11,920,000 | 12557WNH0 |
| 5.50% Notes due August 15, 2010 | USD 1,511,000 | 12557WA92 |
| 4.25% Notes due September 15, 2010 | USD 295,000 | 12557WLS8 |
| 5.25% Notes due September 15, 2010 | USD 11,403,000 | 12557WNR8 |
| 5.20% Notes due November 3, 2010 | USD 500,000,000 | 125577AS5 |
| Floating Rate Notes due November 3, 2010 | USD 474,000,000 | 125577AT3 |

| Title | Outstanding Principal Amount | CUSIP/ISIN |
|---|---|---|
| 5.05% Notes due November 15, 2010 ..................... | USD 9,054,000 | 12557WLY5 |
| 5.25% Notes due November 15, 2010 ..................... | USD 6,349,000 | 12557WNZ0 |
| 5.25% Notes due November 15, 2010 ..................... | USD 12,292,000 | 12557WC33 |
| 5.25% Notes due November 15, 2010 ..................... | USD 1,686,000 | 12557WC74 |
| 4.75% Notes due December 15, 2010..................... | USD 750,000,000 | 12560PDB4 |
| 5.00% Notes due December 15, 2010..................... | USD 5,842,000 | 12557WME8 |
| 5.05% Notes due December 15, 2010..................... | USD 5,926,000 | 12557WPH8 |
| 4.90% Notes due December 15, 2010..................... | USD 3,188,000 | 12557WPR6 |
| 5.25% Notes due December 15, 2010..................... | USD 807,000 | 12557WSE2 |
| 6.50% Notes due December 15, 2010..................... | USD 12,177,000 | 12557WSR3 |
| 6.50% Notes due January 15, 2011...................... | USD 17,752,000 | 12557WSV4 |
| 4.72% Notes due February 10, 2011...................... | CAD 400,000,000 | 125581AU2 |
| 5.15% Notes due February 15, 2011...................... | USD 2,158,000 | 12557WPZ8 |
| 5.15% Notes due February 15, 2011...................... | USD 1,458,000 | 12557WQH7 |
| 6.60% Notes due February 15, 2011...................... | USD 25,229,000 | 12557WTB7 |
| Floating Rate Notes due February 28, 2011[1] ........ | GBP 70,000,000 | XS0245933 121 |
| 5.05% Notes due March 15, 2011...................... | USD 1,560,000 | 12557WML2 |
| 5.00% Notes due March 15, 2011........................... | USD 1,001,000 | 12557WQR5 |
| 4.90% Notes due March 15, 2011........................... | USD 806,000 | 12557WQZ7 |
| 5.00% Notes due March 15, 2011........................... | USD 1,589,000 | 12557WRH6 |
| 6.75% Notes due March 15, 2011........................... | USD 7,604,000 | 12557WTJ0 |
| 6.50% Notes due March 15, 2011........................... | USD 6,187,000 | 12557WTQ4 |
| 5.15% Notes due April 15, 2011.............................. | USD 957,000 | 12557WMS7 |
| Floating Rate Notes due April 27, 2011 ................. | USD 280,225,000 | 125581BA5 |
| 5.60% Notes due April 27, 2011........................... | USD 750,000,000 | 125581AZ1 |
| 5.40% Notes due May 15, 2011 ............................ | USD 1,283,000 | 12557WMY4 |
| 5.35% Notes due June 15, 2011 ........................... | USD 558,000 | 12557WNE7 |
| Floating Rate Notes due July 28, 2011 .................... | USD 669,500,000 | 125581BE7 |
| 5.80% Notes due July 28, 2001 ........................... | USD 550,000,000 | 125581BF4 |
| 5.35% Notes due August 15, 2011.......................... | USD 2,254,000 | 12557WNM9 |
| 5.20% Notes due September 15, 2001 ..................... | USD 2,685,000 | 12557WNV9 |
| Floating Rate Notes due September 21, 2011[1]....... | GBP 40,000,000 | XS0268935698 |
| 4.25% Notes due September 22, 2011[2] ................. | EUR 750,000,000 | XS0201605192 |
| 5.20% Notes due November 15, 2001 ..................... | USD 7,392,000 | 12557WPD7 |
| 5.25% Notes due November 15, 2011 ..................... | USD 4,427,000 | 12557WB34 |
| 5.25% Notes due November 15, 2011 ..................... | USD 5,175,000 | 12557WB67 |
| 5.25% Notes due November 15, 2011 ..................... | USD 4,944,000 | 12557WB91 |

| Title | Outstanding Principal Amount | CUSIP/ISIN |
|---|---|---|
| Floating Rate Notes due November 30, 2011[1] | EUR 500,000,000 | XS0275670965 |
| 4.85% Notes due December 15, 2011 | USD 482,000 | 12557WPM7 |
| 5.00% Notes due December 15, 2011 | USD 1,685,000 | 12557WPV7 |
| 5.40% Notes due February 13, 2012 | USD 479,996,000 | 125581CT3 |
| Floating Rate Notes due February 13, 2012 | USD 654,250,000 | 125581CU0 |
| 5.25% Notes due February 15, 2012 | USD 2,937,000 | 12557WQD6 |
| 5.15% Notes due February 15, 2012 | USD 1,532,000 | 12557WQM6 |
| 7.25% Notes due February 15, 2012 | USD 30,577,000 | 12557WSY8 |
| 7.00% Notes due February 15, 2012 | USD 17,676,000 | 12557WTF8 |
| 5.00% Notes due March 15, 2012 | USD 482,000 | 12557WQV6 |
| 5.00% Notes due March 15, 2012 | USD 1,059,000 | 12557WRD5 |
| 7.25% Notes due March 15, 2012 | USD 13,609,000 | 12557WTM3 |
| 7.75% Notes due April 2, 2012 | USD 259,646,000 | 125581AB4 |
| 5.75% Notes due August 15, 2012 | USD 466,000 | 12557WA68 |
| 3.80% Notes due November 14, 2012[1] | EUR 450,000,000 | XS0234935434 |
| 5.50% Notes due November 15, 2012 | USD 2,711,000 | 12557WC41 |
| 5.50% Notes due November 15, 2012 | USD 1,381,000 | 12557WC82 |
| 7.63% Notes due November 30, 2012 | USD 1,277,653,000 | 125577AZ9 |
| 5.50% Notes due December 15, 2012 | USD 495,000 | 12557WSF9 |
| 7.00% Notes due December 15, 2012 | USD 36,343,000 | 12557WSK8 |
| 7.25% Notes due December 15, 2012 | USD 19,425,000 | 12557WSN2 |
| 7.30% Notes due December 15, 2012 | USD 11,775,000 | 12557WSS1 |
| Floating Rate Notes due December 21, 2012 | USD 290,705,000 | 12560PEP2 |
| 6.15% Notes due January 15, 2013 | USD 29,038,000 | 12557WAZ4 |
| 6.25% Notes due January 15, 2013 | USD 62,461,000 | 12557WBC4 |
| 6.15% Notes due January 15, 2013 | USD 52,560,000 | 12557WBF7 |
| 6.25% Notes due January 15, 2013 | USD 53,967,000 | 12557WBJ9 |
| 7.50% Notes due January 15, 2013 | USD 27,292,000 | 12557WSW2 |
| 6.25% Notes due February 15, 2013 | USD 22,781,000 | 12557WBM2 |
| 6.20% Notes due February 15, 2013 | USD 24,387,000 | 12557WBQ3 |
| 6.00% Notes due February 15, 2013 | USD 22,368,000 | 12557WBT7 |
| 7.60% Notes due February 15, 2013 | USD 23,615,000 | 12557WTC5 |
| 6.15% Notes due February 15, 2013 | USD 23,318,000 | 12557WBW0 |
| 5.40% Notes due March 7, 2013 | USD 483,516,000 | 125581AX6 |
| 7.75% Notes due March 15, 2013 | USD 18,242,000 | 12557WTK7 |
| 7.90% Notes due March 15, 2013 | USD 17,591,000 | 12557WTN1 |
| 7.25% Notes due March 15, 2013 | USD 5,350,000 | 12557WTR2 |

| Title | Outstanding Principal Amount | CUSIP/ISIN |
|---|---|---|
| 6.00% Notes due March 15, 2013 | USD 26,178,000 | 12557WBZ3 |
| 6.00% Notes due March 15, 2013 | USD 27,547,000 | 12557WCC3 |
| 6.10% Notes due March 15, 2013 | USD 27,499,000 | 12557WCF6 |
| 6.25% Notes due March 15, 2013 | USD 26,121,000 | 12557WCJ8 |
| 6.15% Notes due April 15, 2013 | USD 24,593,000 | 12557WCM1 |
| 6.15% Notes due April 15, 2013 | USD 28,983,000 | 12557WCQ2 |
| 6.05% Notes due April 15, 2013 | USD 19,386,000 | 12557WCT6 |
| 6.05% Notes due May 15, 2013 | USD 44,494,000 | 12557WCW9 |
| 4.95% Notes due May 15, 2013 | USD 9,133,000 | 12557WCZ2 |
| 4.95% Notes due May 15, 2013 | USD 11,492,000 | 12557WDC2 |
| 4.88% Notes due June 15, 2013 | USD 6,237,000 | 12557WDF5 |
| 4.85% Notes due June 15, 2013 | USD 7,956,000 | 12557WDJ7 |
| 4.60% Notes due June 15, 2013 | USD 9,421,000 | 12557WDM0 |
| 4.45% Notes due June 15, 2013 | USD 5,051,000 | 12557WDQ1 |
| Floating Rate Notes due June 20, 2013[1] | EUR 500,000,000 | XS0258343564 |
| 5.05% Notes due July 15, 2013 | USD 5,228,000 | 12557WEF4 |
| 4.65% Notes due July 15, 2013 | USD 9,267,000 | 12557WDT5 |
| 4.75% Notes due July 15, 2013 | USD 2,318,000 | 12557WDW8 |
| 5.00% Notes due July 15, 2013 | USD 15,182,000 | 12557WDZ1 |
| 4.75% Notes due July 15, 2013 | USD 5,779,000 | 12557WEC1 |
| 5.30% Notes due August 15, 2013 | USD 7,479,000 | 12557WEJ6 |
| 5.50% Notes due August 15, 2013 | USD 2,903,000 | 12557WEM9 |
| 5.50% Notes due August 15, 2013 | USD 6,810,000 | 12557WEQ0 |
| 5.40% Notes due September 15, 2013 | USD 2,445,000 | 12557WET4 |
| 5.50% Notes due September 15, 2013 | USD 4,171,000 | 12557WEW7 |
| 5.25% Notes due September 15, 2013 | USD 4,374,000 | 12557WEZ0 |
| 5.20% Notes due September 15, 2013 | USD 4,378,000 | 12557WFC0 |
| 5.20% Notes due October 15, 2013 | USD 5,497,000 | 12557WFF3 |
| 5.20% Notes due October 15, 2013 | USD 8,130,000 | 12557WFJ5 |
| 5.25% Notes due October 15, 2013 | USD 3,359,000 | 12557WFM8 |
| 5.30% Notes due November 15, 2013 | USD 3,146,000 | 12557WFQ9 |
| 5.10% Notes due November 15, 2013 | USD 7,480,000 | 12557WFT3 |
| 5.40% Notes due December 15, 2013 | USD 5,783,000 | 12557WFW6 |
| 5.20% Notes due December 15, 2013 | USD 7,241,000 | 12557WFZ9 |
| 5.10% Notes due January 15, 2014 | USD 2,897,000 | 12557WGC9 |
| 4.85% Notes due January 15, 2014 | USD 1,333,000 | 12557WGF2 |
| 5.00% Notes due February 13, 2014 | USD 671,749,000 | 125581AH1 |

| Title | Outstanding Principal Amount | CUSIP/ISIN |
|---|---|---|
| 5.00% Notes due February 15, 2014 | USD 5,957,000 | 12557WGJ4 |
| 4.90% Notes due February 15, 2014 | USD 1,958,000 | 12557WGM7 |
| 7.85% Notes due February 15, 2014 | USD 23,034,000 | 12557WSZ5 |
| 7.65% Notes due February 15, 2014 | USD 10,897,000 | 12557WTG6 |
| 4.80% Notes due March 15, 2014 | USD 4,492,000 | 12557WGQ8 |
| 4.60% Notes due March 15, 2014 | USD 4,211,000 | 12557WGT2 |
| 7.85% Notes due March 15, 2014 | USD 4,573,000 | 12557WTS0 |
| 4.80% Notes due April 15, 2014 | USD 2,177,000 | 12557WGW5 |
| 5.10% Notes due April 15, 2014 | USD 5,735,000 | 12557WGZ8 |
| 5.00% Notes due May 13, 2014[2] | EUR 463,405,000 | XS0192461837 |
| 5.25% Notes due May 15, 2014 | USD 4,898,000 | 12557WHC8 |
| 5.80% Notes due May 15, 2014 | USD 11,357,000 | 12557WHF1 |
| 5.70% Notes due June 15, 2014 | USD 8,890,000 | 12557WHJ3 |
| 5.75% Notes due June 15, 2014 | USD 10,815,000 | 12557WHM6 |
| 5.75% Notes due June 15, 2014 | USD 1,930,000 | 12557WRU7 |
| 5.85% Notes due June 15, 2014 | USD 1,593,000 | 12557WRX1 |
| 6.00% Notes due June 15, 2014 | USD 10,892,000 | 12557WSA0 |
| 5.65% Notes due July 15, 2014 | USD 8,504,000 | 12557WHQ7 |
| 5.30% Notes due July 15, 2014 | USD 10,005,000 | 12557WHT1 |
| 5.20% Notes due August 15, 2014 | USD 5,691,000 | 12557WHW4 |
| 5.30% Notes due August 15, 2014 | USD 3,915,000 | 12557WHZ7 |
| 6.00% Notes due August 15, 2014 | USD 2,555,000 | 12557WA27 |
| 6.00% Notes due August 15, 2014 | USD 2,389,000 | 12557WA76 |
| 5.25% Notes due September 15, 2014 | USD 16,332,000 | 12557WJC6 |
| 5.05% Notes due September 15, 2014 | USD 17,112,000 | 12557WJF9 |
| 5.125% Notes due September 30, 2014 | USD 638,267,000 | 125581AK4 |
| 4.90% Notes due October 15, 2014 | USD 5,520,000 | 12557WJJ1 |
| 5.10% Notes due October 15, 2014 | USD 13,944,000 | 12557WJM4 |
| 5.05% Notes due November 15, 2014 | USD 7,238,000 | 12557WJQ5 |
| 5.50% Notes due December 1, 2014[2] | GBP 480,000,000 | XS0207079764 |
| 5.125% Notes due December 15, 2014 | USD 7,632,000 | 12557WJT9 |
| 5.10% Notes due December 15, 2014 | USD 18,101,000 | 12557WJW2 |
| 5.05% Notes due January 15, 2015 | USD 6,302,000 | 12557WJZ5 |
| 5.00% Notes due February 1, 2015 | USD 671,141,000 | 125581AR9 |
| 4.95% Notes due February 15, 2015 | USD 6,678,000 | 12557WKC4 |
| 4.90% Notes due February 15, 2015 | USD 6,848,000 | 12557WKF7 |
| 7.90% Notes due February 15, 2015 | USD 24,329,000 | 12557WTD3 |

| Title | Outstanding Principal Amount | CUSIP/ISIN |
|---|---|---|
| 5.10% Notes due March 15, 2015 | USD 12,247,000 | 12557WKJ9 |
| 5.05% Notes due March 15, 2015 | USD 2,575,000 | 12557WKM2 |
| 4.25% Notes due March 17, 2015[2] | EUR 412,500,000 | XS0215269670 |
| 5.375% Notes due April 15, 2015 | USD 6,369,000 | 12557WKQ3 |
| 5.25% Notes due May 15, 2015 | USD 15,954,000 | 12557WKT7 |
| 5.30% Notes due May 15, 2015 | USD 27,090,000 | 12557WKW0 |
| 5.10% Notes due June 15, 2015 | USD 14,930,000 | 12557WKZ3 |
| 5.05% Notes due June 15, 2015 | USD 10,912,000 | 12557WLA7 |
| 5.20% Notes due June 15, 2015 | USD 8,322,000 | 12557WLF6 |
| 5.30% Notes due August 15, 2015 | USD 10,741,000 | 12557WLJ8 |
| 5.375% Notes due August 15, 2015 | USD 15,892,000 | 12557WLM1 |
| 5.25% Notes due September 15, 2015 | USD 11,241,000 | 12557WLQ2 |
| 5.10% Notes due September 15, 2015 | USD 4,898,000 | 12557WLT6 |
| 5.50% Notes due November 15, 2015 | USD 4,016,000 | 12557WLW9 |
| 5.80% Notes due November 15, 2015 | USD 7,456,000 | 12557WLZ2 |
| 5.75% Notes due December 15, 2015 | USD 8,155,000 | 12557WMC2 |
| 5.80% Notes due December 15, 2015 | USD 12,621,000 | 12557WMF5 |
| 5.40% Notes due January 30, 2016 | USD 604,263,000 | 125581AW8 |
| 5.85% Notes due March 15, 2016 | USD 14,372,000 | 12557WMJ7 |
| 5.80% Notes due March 15, 2016 | USD 11,705,000 | 12557WMM0 |
| 6.00% Notes due March 15, 2016 | USD 69,046,000 | 12557WMQ1 |
| 5.88% Notes due April 15, 2016 | USD 4,888,000 | 12557WMT5 |
| 6.05% Notes due May 15, 2016 | USD 14,943,000 | 12557WMW8 |
| 6.15% Notes due May 15, 2016 | USD 18,636,000 | 12557WMZ1 |
| 6.10% Notes due June 15, 2016 | USD 15,478,000 | 12557WNC1 |
| 6.10% Notes due June 15, 2016 | USD 17,660,000 | 12557WNF4 |
| 6.20% Notes due August 15, 2016 | USD 37,135,000 | 12557WNJ6 |
| 6.13% Notes due August 15, 2016 | USD 36,401,000 | 12557WNN7 |
| 5.85% Notes due September 15, 2016 | USD 391,533,000 | 12558 1CS5 |
| 6.05% Notes due September 15, 2016 | USD 31,772,000 | 12557WNS6 |
| 5.95% Notes due September 15, 2016 | USD 11,219,000 | 12557WNW7 |
| 4.65% Notes due September 19, 2016 | EUR 474,000,000 | XS0268133799 |
| 6.00% Notes due November 15, 2016 | USD 29,155,000 | 12557WPA3 |
| 5.95% Notes due November 15, 2016 | USD 13,264,000 | 12557WPE5 |
| Floating Rate Notes due December 14, 2016 | USD 34,452,000 | 12560PDK4 |
| 5.80% Notes due December 15, 2016 | USD 35,842,000 | 12557WPJ4 |
| 5.65% Notes due December 15, 2016 | USD 8,701,000 | 12557WPN5 |

| Title | Outstanding Principal Amount | CUSIP/ISIN |
|---|---|---|
| 5.70% Notes due December 15, 2016 | USD 9,571,000 | 12557WPS4 |
| 5.70% Notes due December 15, 2016 | USD 9,817,000 | 12557WPW5 |
| 5.50% Notes due December 20, 2016 | GBP 367,400,000 | XS0278525992 |
| 5.65% Notes due February 13, 2017 | USD 548,087,000 | 125577AY2 |
| 5.85% Notes due February 15, 2017 | USD 7,724,000 | 12557WQA2 |
| 5.95% Notes due February 15, 2017 | USD 11,074,000 | 12557WQE4 |
| 5.85% Notes due February 15, 2017 | USD 6,471,000 | 12557WQJ3 |
| 5.80% Notes due February 15, 2017 | USD 7,792,000 | 12557WQN4 |
| Floating Rate Notes due March 15, 2017 | USD 50,000,000 | 12560PDR9 |
| 5.75% Notes due March 15, 2017 | USD 6,741,000 | 12557WQS3 |
| 5.75% Notes due March 15, 2017 | USD 13,498,000 | 12557WQW4 |
| 5.70% Notes due March 15, 2017 | USD 9,533,000 | 12557WRA1 |
| 5.65% Notes due March 15, 2017 | USD 5,935,000 | 12557WRE3 |
| 5.75% Notes due March 15, 2017 | USD 10,298,000 | 12557WRJ2 |
| 5.75% Notes due May 15, 2017 | USD 2,708,000 | 12557WRL7 |
| 5.80% Notes due May 15, 2017 | USD 3,779,000 | 12557WRN3 |
| 5.80% Notes due May 15, 2017 | USD 5,038,000 | 12557WRQ6 |
| 5.3 8% Notes due June 15, 2017[5] | GBP 300,000,000 | XS027632734 |
| 6.00% Notes due June 15, 2017 | USD 23,842,000 | 12557WRS2 |
| 6.00% Notes due June 15, 2017 | USD 8,205,000 | 12557WRV5 |
| 6.10% Notes due June 15, 2017 | USD 6,648,000 | 12557WRY9 |
| 6.25% Notes due June 15, 2017 | USD 10,535,000 | 12557WSB8 |
| 6.25% Notes due August 15, 2017 | USD 1,190,000 | 12557WA35 |
| 6.25% Notes due November 15, 2017 | USD 8,958,000 | 12557WB42 |
| 6.25% Notes due November 15, 2017 | USD 11,778,000 | 12557WB75 |
| 6.25% Notes due November 15, 2017 | USD 6,339,000 | 12557WC25 |
| 6.40% Notes due November 15, 2017 | USD 3,404,000 | 12557WC58 |
| 6.50% Notes due November 15, 2017 | USD 2,197,000 | 12557WC90 |
| 10-Year Forward Rate Bias Notes due December 11, 2017[3] | USD 500,000,000 | N/A |
| 6.50% Notes due December 15, 2017 | USD 556,000 | 12557WSG7 |
| 7.50% Notes due December 15, 2017 | USD 24,275,000 | 12557WSL6 |
| 7.75% Notes due December 15, 2017 | USD 14,936,000 | 12557WSP7 |
| 7.80% Notes due December 15, 2017 | USD 8,731,000 | 12557WST9 |
| 12.00% Notes due December 18, 2018 | USD 1,117,448,000 | 125581FS2 |
| 12.00% Notes due December 18, 2018 | USD 31,559,000 | U17186AF1 |
| 5.80% Senior Notes due October 1, 2036[4] | USD 316,015,000 | 12560PFP1 |

| Title | Outstanding Principal Amount | CUSIP/ISIN |
|---|---|---|
| 6.25% Notes due August 15, 2021 | USD 43,204,000 | 12557WNP2 |
| 6.35% Notes due August 15, 2021 | USD 19,139,000 | 12557WNK3 |
| 6.15% Notes due September 15, 2021 | USD 27,174,000 | 12557WNX5 |
| 6.25% Notes due September 15, 2021 | USD 38,817,000 | 12557WNT4 |
| 6.10% Notes due November 15, 2021 | USD 63,647,000 | 12557WPF2 |
| 6.25% Notes due November 15, 2021 | USD 35,172,000 | 12557WPB1 |
| 5.85% Notes due December 15, 2021 | USD 14,529,000 | 12557WPP0 |
| 5.875% Notes due December 15, 2021 | USD 18,181,000 | 12557WPT2 |
| 5.90% Notes due December 15, 2021 | USD 18,463,000 | 12557WPX3 |
| 6.00% Notes due December 15, 2021 | USD 58,477,000 | 12557WPK1 |
| 5.95% Notes due February 15, 2022 | USD 12,325,000 | 12557WQP9 |
| 6.00% Notes due February 15, 2022 | USD 47,741,000 | 12557WQB0 |
| 6.00% Notes due February 15, 2022 | USD 36,570,000 | 12557WQK0 |
| 6.05% Notes due February 15, 2022 | USD 24,258,000 | 12557WQF1 |
| 5.85% Notes due March 15, 2022 | USD 12,016,000 | 12557WQX2 |
| 5.85% Notes due March 15, 2022 | USD 15,025,000 | 12557WRB9 |
| 5.85% Notes due March 15, 2022 | USD 19,227,000 | 12557WRF0 |
| 5.90% Notes due March 15, 2022 | USD 8,296,000 | 12557WQT1 |
| 5.95% Notes due March 15, 2022 | USD 27,181,000 | 12557WRK9 |
| 6.00% Notes due May 15, 2022 | USD 13,726,000 | 12557WRM5 |
| 6.00% Notes due May 15, 2022 | USD 18,355,000 | 12557WRP8 |
| 6.00% Notes due May 15, 2022 | USD 11,441,000 | 12557WRR4 |
| 6.15% Notes due June 15, 2022 | USD 30,302,000 | 12557WRT0 |
| 6.20% Notes due June 15, 2022 | USD 6,819,000 | 12557WRW3 |
| 6.25% Notes due June 15, 2022 | USD 4,611,000 | 12557WRZ6 |
| 6.50% Notes due June 15, 2022 | USD 15,028,000 | 12557WSC6 |
| 6.50% Notes due August 15, 2022 | USD 1,457,000 | 12557WA43 |
| 6.50% Notes due August 15, 2022 | USD 397,000 | 12557WA84 |
| 6.70% Notes due November 15, 2022 | USD 1,930,000 | 12557WC66 |
| 6.75% Notes due November 15, 2022 | USD 2,609,000 | 12557WSD4 |
| 6.75% Notes due December 15, 2022 | USD 676,000 | 12557WSH5 |
| 6.00% Notes due April 1, 2036 | USD 309,021,000 | 125581AY4 |
| 2.83% Notes due April 2, 2036[6] | JPY 20,000,000 | XS0249719534 |
| Hybrid Equity Units | | 125581405 |

---

(1) Listed on the London Stock Exchange. Following consummation of the Plan, the Debtors intend to delist these notes from the London Stock Exchange's Gilt Edged and Fixed Interest Market.

(2) Listed on the Luxembourg Stock Exchange. Following consummation of the Plan, the Debtors intend to delist these notes from the Luxembourg Stock Exchange.

(3) These securities are not listed with the Depository Trust Company.

(4) The 5.80% Senior Notes due October 1, 2036 have a put right on October 1, 2018.

(5) The 5.38% Notes due June 15, 2017 have a put right on June 15, 2010.

(6) These securities are not listed with the Depository Trust Company ("*DTC*").

## CIT Group Funding Company of Delaware LLC Outstanding Notes

| Title | Outstanding Principal Amount | CUSIP/ISIN |
|---|---|---|
| 4.65% Notes due July 1, 2010 | $ 1,000,000,000 | 125568AA3/ 125568AB1 |
| 5.60% Notes due November 2, 2011 | $ 487,000,000 | 125568AE5 |
| 5.20% Notes due June 1, 2015 | $ 657,408,000 | 125568AC9/ 125568AD7 |

     d.     As of June 30, 2009, CIT Group Inc. had four series of preferred stock issued and outstanding.

     e.     As of June 30, 2009, CIT Group Inc. had 398,289,150 shares of common stock issued, 392,067,503 of which were outstanding.

3.     Brief description of CIT's business:

     CIT Group Inc., a Delaware corporation, is a bank holding company providing commercial financing and leasing products and management advisory services. CIT focuses on commercial clients with a particular emphasis on middle-market companies in a wide variety of industries including transportation, particularly aerospace and rail, manufacturing, wholesaling, retailing, healthcare, communications, media and entertainment and various service-related industries. CIT operates primarily in North America, with locations in Europe, Latin America, Australia and the Asia-Pacific region.

4.     List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of CIT Group Inc.:

     The table below shows the name and address of each person or company known to CIT Group Inc. that beneficially owns in excess of 5% of any class of voting stock. Information in this table is as of December 31, 2008, based upon reports on Schedule 13G filed with the Securities and Exchange Commission on or before February 15, 2009.

| Title of Class of Stock | Name and Address of Beneficial Owner | Amount and Nature of Beneficial Ownership | Percentage of Common Stock |
|---|---|---|---|
| Common Stock | FMR LLC 82 Devonshire Street | (1) 37,361,875 | 9.90% |

| | | | |
|---|---|---|---|
| | Boston, MA 02109 | | |
| Common Stock | Brandes Investment Partners, LP 11988 El Camino Real, Suite 500 San Diego, CA 92130 | (2) 28,465,717 | 9.70% |
| Common Stock | Franklin Mutual Advisors LLC 101 John F. Kennedy Parkway Short Hills, NJ 07078-2789 | (3) 21,504,101 | 5.70% |

(1) FMR LLC reports sole voting power over 967,721 shares and sole dispositive power over 37,361,875 shares. The beneficial ownership position reported by FMR LLC in its Schedule 13G filed February 17, 2009 includes 5,758,011 common shares relating to its right to convert its 1,456,765 shares of CIT Group Inc. 8.75% Non-Cumulative Perpetual Convertible Preferred Stock, Series C to common shares at an exchange ratio of 3.9526 shares of common for each share of Convertible Preferred Stock.

(2) Brandes Investment Partners, L.P. reports shared voting power over 24,925,110 shares and shared dispositive power over 28,465,717 shares.

(3) Franklin Mutual Advisors LLC reports sole voting power over 21,504,101 shares and sole dispositive power over 21,504,101 shares.

11

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                  :
In re:                                            :   Chapter 11
                                                  :
CIT GROUP INC., et al.,                           :   Case No. 09-
                                                  :
                    Debtors.                      :   (Joint Administration Requested)
                                                  :
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

## LIST OF CREDITORS HOLDING
## LARGEST UNSECURED CLAIMS

        I, Eric Mandelbaum, Senior Vice President and Deputy General Counsel of CIT Group Inc., a Delaware corporation, declare under penalty of perjury that I have read the consolidated list of creditors holding the largest unsecured claims, attached hereto as <u>Exhibit A</u>, and that it is true and correct to the best of my knowledge, information, and belief.

Dated: New York, New York
      November 1, 2009

By: <u>/s/ Eric Mandelbaum</u>
Name: Eric Mandelbaum
Title:  Senior Vice President and
       Deputy General Counsel of
       CIT Group Inc.

**EXHIBIT A**

**LIST OF CREDITORS HOLDING
LARGEST UNSECURED CLAIMS**

This list contains creditors holding the largest unsecured claims against CIT Group Inc. ("CIT") as of November 1, 2009. This list is based upon the books and records of CIT, having commenced a chapter 11 case in this Court. The information presented in the list shall not constitute an admission by, nor is it binding on, CIT.

This list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include persons who come within the definition of "insider" set forth in 11 U.S.C. § 101. In addition, this list does not include any secured creditors.

Certain addresses of creditors (in most instances, foreign creditors) were unavailable at the time the chapter 11 cases were commenced. CIT is continuing to attempt to locate complete contact information for these creditors.

| | Creditor Name | Contact Mailing Address & Telephone Number | Nature of Claim | Amount of Claim [1] | Contingent, Unliquidated, Disputed or Partially Secured |
|---|---|---|---|---|---|
| 1 | BANK OF AMERICA N.A. (ADMINISTRATIVE AND COLLATERAL AGENT) | TX1-492-14-11 901 MAIN STREET DALLAS, TX 75202-3714 ATTENTION: RICHARD PILAND TEL: 214-209-0987  1455 MARKET STREET, 5TH FLOOR CA5-701-05-19 SAN FRANCISCO, CA 94103 ATTENTION: CHARLES GRABER TEL: 415-436-3495 | EXPANSION TERM FACILITY | $7,500,000,000 | CONTINGENT |
| 2 | THE BANK OF NEW YORK (TRUSTEE) | 101 BARCLAY ST FL 8W NEW YORK, NY 10286 TEL: 212-495-1784 | RETAIL BONDS | $3,154,378,531 | |
| 3 | CANADIAN SR. UNSECURED NOTES | PAYING AGENT/TRUSTEE: LARRY O'BRIEN VICE PRESIDENT THE BANK OF NEW YORK MELLON 101 BARCLAY STREET, 8W NEW YORK, NEW YORK 10286 TEL: 212-815-5995 | GUARANTEE CIT GROUP INC. IS THE GUARANTOR | $2,144,000,000 | CONTINGENT |
| 4 | CITIBANK NA (ADMINISTRATIVE AGENT) | ANNEMARIE PAVCO 2 PENNS WAY STE 200 NEWCASTLE, DE 19720 TEL: 302-323-3900 | BANK DEBT 0.94% DUE 2010 | $2,100,933,533 | |
| 5 | GOLDMAN SACHS SWAP AGREEMENT | GOLDMAN SACHS INTERNATIONAL ATTENTION: CREDIT DERIVATIVES MIDDLE OFFICE 85 BROAD ST. NEW YORK, NY 10004 TEL: 212-357-0167 | GUARANTEE CIT GROUP INC. AND CIT FINANCIAL (BARBADOS) ARE THE GUARANTORS | $1,934,565,000 | CONTINGENT |
| 6 | THE BANK OF NEW YORK (TRUSTEE) | 101 BARCLAY ST FL 8W NEW YORK, NY 10286 TEL: 212-495-1784 | BOND 7.63% DUE 2012 | $1,318,245,100 | |
| 7 | THE BANK OF NEW YORK (TRUSTEE) | 101 BARCLAY ST FL 8W NEW YORK, NY 10286 TEL: 212-495-1784 | BOND 12.00% DUE 2018 | $1,199,946,308 | |
| 8 | THE BANK OF NEW YORK (TRUSTEE) | 101 BARCLAY ST FL 8W NEW YORK, NY 10286 TEL: 212-495-1784 | BOND 4.25% DUE 2011 | $1,108,787,348 | |
| 9 | ABN AMRO BANK (ECA) | 250 BISHOPSGATE LONDON, ENGLAND EC2M 4AA TEL: 44-207-678-8000 | GUARANTEE CIT GROUP INC. IS THE GUARANTOR | $1,063,000,000 | CONTINGENT |
| 10 | THE BANK OF NEW YORK (TRUSTEE) | 101 BARCLAY ST FL 8W NEW YORK, NY 10286 TEL: 212-495-1784 | BOND 0.76% DUE 2010 | $1,000,571,245 | |
| 11 | CITIBANK NA (ADMINISTRATIVE AGENT) | ANNEMARIE PAVCO 2 PENNS WAY STE 200 NEWCASTLE, DE 19720 TEL: 302-323-3900 | BANK DEBT 0.64% DUE 2011 | $1,000,406,379 | |

| | Creditor Name | Contact Mailing Address & Telephone Number | Nature of Claim | Amount of Claim [1] | Contingent, Unliquidated, Disputed or Partially Secured |
|---|---|---|---|---|---|
| 12 | THE BANK OF NEW YORK (TRUSTEE) | 101 BARCLAY ST FL 8W NEW YORK, NY 10286 TEL: 212-495-1784 | BOND 5.50% DUE 2014 | $827,716,230 | |
| 13 | THE BANK OF NEW YORK (TRUSTEE) | 101 BARCLAY ST FL 8W NEW YORK, NY 10286 TEL: 212-495-1784 | BOND 6.10% DUE 2067 | $778,899,131 | |
| 14 | THE BANK OF NEW YORK (TRUSTEE) | 101 BARCLAY ST FL 8W NEW YORK, NY 10286 TEL: 212-495-1784 | BOND 4.75% DUE 2010 | $763,458,333 | |
| 15 | THE BANK OF NEW YORK (TRUSTEE) | 101 BARCLAY ST FL 8W NEW YORK, NY 10286 TEL: 212-495-1784 | BOND 4.25% DUE 2010 | $757,968,750 | |
| 16 | THE BANK OF NEW YORK (TRUSTEE) | 101 BARCLAY ST FL 8W NEW YORK, NY 10286 TEL: 212-495-1784 | BOND 5.60% DUE 2011 | $750,466,667 | |
| 17 | THE BANK OF NEW YORK (TRUSTEE) | 101 BARCLAY ST FL 8W NEW YORK, NY 10286 TEL: 212-495-1784 | BOND 1.61% DUE 2011 | $737,337,807 | |
| 18 | THE BANK OF NEW YORK (TRUSTEE) | 101 BARCLAY ST FL 8W NEW YORK, NY 10286 TEL: 212-495-1784 | BOND 1.65% DUE 2013 | $736,835,548 | |
| 19 | THE BANK OF NEW YORK (TRUSTEE) | 101 BARCLAY ST FL 8W NEW YORK, NY 10286 TEL: 212-495-1784 | BOND 4.65% DUE 2016 | $701,318,362 | |
| 20 | THE BANK OF NEW YORK (TRUSTEE) | 101 BARCLAY ST FL 8W NEW YORK, NY 10286 TEL: 212-495-1784 | BOND 5.00% DUE 2014 | $697,968,594 | |
| 21 | THE BANK OF NEW YORK (TRUSTEE) | 101 BARCLAY ST FL 8W NEW YORK, NY 10286 TEL: 212-495-1784 | BOND 3.80% DUE 2012 | $686,456,753 | |
| 22 | THE BANK OF NEW YORK (TRUSTEE) | 101 BARCLAY ST FL 8W NEW YORK, NY 10286 TEL: 212-495-1784 | BOND 5.00% DUE 2015 | $679,530,263 | |
| 23 | THE BANK OF NEW YORK (TRUSTEE) | 101 BARCLAY ST FL 8W NEW YORK, NY 10286 TEL: 212-495-1784 | BOND 5.00% DUE 2014 | $679,026,281 | |
| 24 | THE BANK OF NEW YORK (TRUSTEE) | 101 BARCLAY ST FL 8W NEW YORK, NY 10286 TEL: 212-495-1784 | BOND 1.35% DUE 2011 | $669,540,307 | |

| | Creditor Name | Contact Mailing Address & Telephone Number | Nature of Claim | Amount of Claim [1] | Contingent, Unliquidated, Disputed or Partially Secured |
|---|---|---|---|---|---|
| 25 | THE BANK OF NEW YORK (TRUSTEE) | 101 BARCLAY ST FL 8W NEW YORK, NY 10286 TEL: 212-495-1784 | BOND 1.17% DUE 2012 | $655,261,289 | |
| 26 | THE BANK OF NEW YORK (TRUSTEE) | 101 BARCLAY ST FL 8W NEW YORK, NY 10286 TEL: 212-495-1784 | BOND 5.13% DUE 2014 | $640,992,932 | |
| 27 | THE BANK OF NEW YORK (TRUSTEE) | 101 BARCLAY ST FL 8W NEW YORK, NY 10286 TEL: 212-495-1784 | BOND 5.50% DUE 2016 | $631,825,555 | |
| 28 | THE BANK OF NEW YORK (TRUSTEE) | 101 BARCLAY ST FL 8W NEW YORK, NY 10286 TEL: 212-495-1784 | BOND 4.25% DUE 2015 | $623,192,878 | |
| 29 | THE BANK OF NEW YORK (TRUSTEE) | 101 BARCLAY ST FL 8W NEW YORK, NY 10286 TEL: 212-495-1784 | BOND 5.40% DUE 2016 | $612,420,551 | |
| 30 | THE BANK OF NEW YORK (TRUSTEE) | 101 BARCLAY ST FL 8W NEW YORK, NY 10286 TEL: 212-495-1784 | BOND 5.80% DUE 2011 | $558,240,833 | |
| 31 | THE BANK OF NEW YORK (TRUSTEE) | 101 BARCLAY ST FL 8W NEW YORK, NY 10286 TEL: 212-495-1784 | BOND 5.65% DUE 2017 | $554,796,498 | |
| 32 | THE BANK OF NEW YORK (TRUSTEE) | 101 BARCLAY ST FL 8W NEW YORK, NY 10286 TEL: 212-495-1784 | BOND 5.20% DUE 2010 | $512,855,556 | |
| 33 | THE BANK OF NEW YORK (TRUSTEE) | 101 BARCLAY ST FL 8W NEW YORK, NY 10286 TEL: 212-495-1784 | BOND 4.13% DUE 2009 | $510,197,917 | |
| 34 | THE BANK OF NEW YORK (TRUSTEE) | 101 BARCLAY ST FL 8W NEW YORK, NY 10286 TEL: 212-495-1784 | BOND 5.15% DUE 2017 | $510,018,361 | |
| 35 | THE BANK OF NEW YORK (TRUSTEE) | 101 BARCLAY ST FL 8W NEW YORK, NY 10286 TEL: 212-495-1784 | BOND 5.38% DUE 2010 | $502,558,669 | |
| 36 | THE BANK OF NEW YORK (TRUSTEE) | 101 BARCLAY ST FL 8W NEW YORK, NY 10286 TEL: 212-495-1784 | BOND 5.40% DUE 2013 | $487,432,480 | |
| 37 | THE BANK OF NEW YORK (TRUSTEE) | 101 BARCLAY ST FL 8W NEW YORK, NY 10286 TEL: 212-495-1784 | BOND 5.40% DUE 2012 | $485,611,953 | |

| | Creditor Name | Contact Mailing Address & Telephone Number | Nature of Claim | Amount of Claim [1] | Contingent, Unliquidated, Disputed or Partially Secured |
|---|---|---|---|---|---|
| 38 | THE BANK OF NEW YORK (TRUSTEE) | 101 BARCLAY ST FL 8W NEW YORK, NY 10286 TEL: 212-495-1784 | BOND 1.31% DUE 2010 | $474,905,979 | |
| 39 | THE BANK OF NEW YORK (TRUSTEE) | 101 BARCLAY ST FL 8W NEW YORK, NY 10286 TEL: 212-495-1784 | BOND 5.85% DUE 2016 | $394,459,709 | |
| 40 | COMPUTERSHARE TRUST CO OF CANADA (TRUSTEE) | 100 UNIVERSITY AVE 11TH FLOOR TORONTO, ON M5J 2Y1 TEL: 416-263-9200 | BOND 4.72% DUE 2011 | $373,709,471 | |
| 41 | THE BANK OF NEW YORK (TRUSTEE) | 101 BARCLAY ST FL 8W NEW YORK, NY 10286 TEL: 212-495-1784 | BOND 5.80% DUE 2036 | $317,542,406 | |
| 42 | THE BANK OF NEW YORK (TRUSTEE) | 101 BARCLAY ST FL 8W NEW YORK, NY 10286 TEL: 212-495-1784 | BOND 6.00% DUE 2036 | $310,566,105 | |
| 43 | THE BANK OF NEW YORK (TRUSTEE) | 101 BARCLAY ST FL 8W NEW YORK, NY 10286 TEL: 212-495-1784 | BOND 6.88% DUE 2009 | $310,312,500 | |
| 44 | CITIBANK CHINA FACILITY (DUE 2010) | CITIBANK (CHINA) CO., LTD. SHANGHAI BRANCH, 34F CITIGROUP TOWER ATTN: ALPHA WANG NO. 33 HUA YUAN QIAO ROAD LU JIA ZUI FINANCE AND TRADE ZONE SHANGHAI 200120, CHINA TEL: 8621-28966000 | GUARANTEE CIT GROUP INC. IS THE GUARANTOR | $295,016,602 | CONTINGENT |
| 45 | THE BANK OF NEW YORK (TRUSTEE) | 101 BARCLAY ST FL 8W NEW YORK, NY 10286 TEL: 212-495-1784 | BOND 1.01% DUE 2012 | $290,928,481 | |
| 46 | THE BANK OF NEW YORK (TRUSTEE) | 101 BARCLAY ST FL 8W NEW YORK, NY 10286 TEL: 212-495-1784 | BOND 1.32% DUE 2011 | $280,245,695 | |
| 47 | AUSTRALIAN SR. UNSECURED NOTES | 20 BRIDGE STREET SYDNEY NSW 2000 AUSTRALIA PO BOX H224 AUSTRALIA SQUARE NSW 1215 AUSTRALIA TEL: 612-8298-8476 | GUARANTEE CIT GROUP INC. IS THE GUARANTOR | $272,161,338 | CONTINGENT |
| 48 | THE BANK OF NEW YORK (TRUSTEE) | 101 BARCLAY ST FL 8W NEW YORK, NY 10286 TEL: 212-495-1784 | BOND 7.75% DUE 2012 | $261,266,984 | |
| 49 | MIZUHO CORPORATE BANK, NY (TRUSTEE) | 1251 AVENUE OF THE AMERICAS NEW YORK, NY 10020 TEL: 212-282-3000 | BOND 0.90% DUE 2010 | $223,164,091 | |

| | Creditor Name | Contact Mailing Address & Telephone Number | Nature of Claim | Amount of Claim [1] | Contingent, Unliquidated, Disputed or Partially Secured |
|---|---|---|---|---|---|
| 50 | THE BANK OF NEW YORK (TRUSTEE) | 101 BARCLAY ST FL 8W NEW YORK, NY 10286 TEL: 212-495-1784 | BOND 2.83% DUE 2036 | $222,686,764 | |
| 51 | THE BANK OF NEW YORK (TRUSTEE) | 101 BARCLAY ST FL 8W NEW YORK, NY 10286 TEL: 212-495-1784 | BOND 7.75% DUE 2015 | $203,028,312 | |
| 52 | THE BANK OF NEW YORK (TRUSTEE) | 101 BARCLAY ST FL 8W NEW YORK, NY 10286 TEL: 212-495-1784 | BOND 0.77% DUE 2010 | $150,073,024 | |
| 53 | THE BANK OF NEW YORK (TRUSTEE) | 101 BARCLAY ST FL 8W NEW YORK, NY 10286 TEL: 212-495-1784 | BOND 1.55% DUE 2011 | $115,119,454 | |
| 54 | THE BANK OF NEW YORK (TRUSTEE) | 101 BARCLAY ST FL 8W NEW YORK, NY 10286 TEL: 212-495-1784 | BOND 0.85% DUE 2009 | $113,066,780 | |
| 55 | MIZUHO CORPORATE BANK, LTD (TRUSTEE) | 1251 AVENUE OF THE AMERICAS NEW YORK, NY 10020 TEL: 212-282-3000 | BOND 1.42% DUE 2011 | $100,043,399 | |
| 56 | PAYING AGENCY MANDATE | PAYING AGENT: LOUIS-PHILIPPE MARINEAU, LL.B. PROFESSIONAL, CORPORATE TRUST COMPUTERSHARE 1500, UNIVERSITY ST., SUITE 700, MONTRÉAL, QUÉBEC H3A 3S8 TEL: 514-982-7888 | BOND 0.49% DUE 2010 | $97,541,455 | |
| 57 | THE BANK OF NEW YORK (TRUSTEE) | 101 BARCLAY ST FL 8W NEW YORK, NY 10286 TEL: 212-495-1784 | BOND 1.48% DUE 2011 | $65,731,240 | |
| 58 | THE BANK OF NEW YORK (TRUSTEE) | 101 BARCLAY ST FL 8W NEW YORK, NY 10286 TEL: 212-495-1784 | BOND 0.57% DUE 2017 | $50,008,014 | |
| 59 | PAYING AGENCY MANDATE | PAYING AGENT: LOUIS-PHILIPPE MARINEAU, LL.B. PROFESSIONAL, CORPORATE TRUST COMPUTERSHARE 1500, UNIVERSITY ST., SUITE 700, MONTRÉAL, QUÉBEC H3A 3S8 TEL: 514-982-7888 | BOND 2.75% DUE 2010 | $49,631,218 | |
| 60 | THE BANK OF NEW YORK (TRUSTEE) | 101 BARCLAY ST FL 8W NEW YORK, NY 10286 TEL: 212-495-1784 | BOND 0.92% DUE 2016 | $34,463,483 | |

| | Creditor Name | Contact Mailing Address & Telephone Number | Nature of Claim | Amount of Claim [1] | Contingent, Unliquidated, Disputed or Partially Secured |
|---|---|---|---|---|---|
| 61 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | ATTN: LEGAL DEPARTMENT- DERIVATIVES PRACTICE GROUP 270 PARK AVENUE, 41ST FLOOR NEW YORK, NY 10017-2070 TEL: 212-270-6000 | DERIVATIVE MARK TO MARKET BALANCE AS OF 10/22/09 | $7,574,178 | |
| 62 | THE BANK OF NEW YORK (TRUSTEE) | 2 NORTH LASALLE SUITE 1020 CHICAGO, IL 60602 TEL: 312-827-8570 | GUARANTEE CIT GROUP INC. IS THE GUARANTOR | $5,000,000 | CONTINGENT |
| 63 | THE BANK OF NEW YORK MELLON (TRUSTEE) | GLOBAL CORPORATE TRUST ABS CLIENT SERVICES 101 BARCLAY STREET 4W NEW YORK, NY 10286 TEL: 212-815-5539 | GUARANTEE CIT GROUP INC. IS THE GUARANTOR | $5,000,000 | CONTINGENT |
| 64 | BANCO DE CREDITO FACILITY | CARRERA 7 NO 27-18 BOGOTA, COLOMBIA FAX: 571-640-1032 | GUARANTEE CIT GROUP INC. IS THE GUARANTOR | $2,504,092 | CONTINGENT |
| 65 | JEFFREY D SIMON | 190 KNIGHTSBRIDGE ROAD WATCHUNG, NJ 07069 | UNPAID SEVERANCE | $1,794,750 | |
| 66 | BANCOLUMBIA FACILITY | CALLE 50 NO 51 66 PISO 7 MEDELLIN, COLOMBIA TEL: 574-510-8866 | GUARANTEE CIT GROUP INC. IS THE GUARANTOR | $1,268,379 | CONTINGENT |
| 67 | SUN LIFE (TRUSTEE) | PAYING AGENT: DONNA KUTCHCOSKI SUN LIFE FINANCIAL 227 KING STREET SOUTH, WATERLOO, ONTARIO N2J 4C5 TEL: 519-888-2703 | GUARANTEE CIT GROUP INC. IS THE GUARANTOR | $1,233,757 | CONTINGENT |
| 68 | MINDTREE CONSULTING LIMITED | 15 INDEPENDENCE BLVD, # 410 WARREN, NJ 07059 TEL: 908-604-8080 | VENDOR | $1,100,000 (Estimated) | |
| 69 | LAWRENCE A MARSIELLO | 76 SHORE ROAD COLD SPRING HARBOR, NY 11724 | UNPAID SEVERANCE | $976,560 | |
| 70 | MERCER HUMAN RESOURCE CONSULTING,INC. | 44 WHIPPANY ROAD MORRISTOWN, NJ 07962 TEL: 973-401-5050 | VENDOR | $600,000 (Estimated) | |
| 71 | MARKIT WSO CORPORATION | 13455 NOEL RD, SUITE 1100 LB # 22 DALLAS, TX 75240 TEL: 972-560-4420 | VENDOR | $600,000 (Estimated) | |
| 72 | TIMOTHY BENNET | 132 OLD KINGS HWY WILTON, CT 06897 | UNPAID SEVERANCE | $443,750 | |
| 73 | BUCK CONSULTANTS, LLC | ONE NORTH DEARBORN, SUITE 1400 CHICAGO, IL 60602-4336 TEL: 312-846-3000 | VENDOR | $400,000 (Estimated) | |

| | Creditor Name | Contact Mailing Address & Telephone Number | Nature of Claim | Amount of Claim [1] | Contingent, Unliquidated, Disputed or Partially Secured |
|---|---|---|---|---|---|
| 74 | ADECCO USA INC. | 175 BROAD HOLLOW RD MELVILLE, NY 11747 TEL: 631-844-7800 | VENDOR | $400,000 (Estimated) | |
| 75 | PRUDENTIAL INSURANCE OF AMERICA | ONE CORPORATE DRIVE SHELTON, CT 06484 TEL: 888-778-2888 | VENDOR | $265,000 (Estimated) | |
| | | | Total | $    45,311,594,912 | |

**Note:**
1) The amount of claim is stated in the USD equivalent based on the conversion rate as of 10/30/09.

# CIT GROUP INC.

### Secretary's Certificate

The undersigned, being the Secretary of CIT Group Inc., a Delaware corporation (the "Company"), does hereby certify as follows:

Attached hereto as <u>Annex A</u> is a true, correct and complete copy of resolutions duly adopted by the board of directors (the "Board") of the Company on November 1, 2009.

IN WITNESS WHEREOF, the undersigned, has executed and caused this certificate to be delivered as of November 1, 2009.

CIT GROUP INC.


By:  */s/  Robert J. Ingato*
    Name: Robert J. Ingato
    Title:  Executive Vice President
        and General Counsel

# RESOLUTIONS OF
# THE BOARD OF DIRECTORS OF
# CIT GROUP INC.

RESOLVED, that in the judgment of the Board it is desirable and in the best interests of CIT Group Inc. (the "Company") and CIT Group Funding Company of Delaware LLC, a Delaware limited liability company in which the Company holds indirect interests ("CIT Funding"), their respective creditors, stakeholders and other interested parties, that a petition be filed by the Company and CIT Funding seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in which the authority to operate as debtors-in-possession will be sought (each, a "Chapter 11 Filing" and, collectively, the "Chapter 11 Filings"); and it is further

RESOLVED, that each of the Chapter 11 Filings is hereby authorized; and it is further

RESOLVED, that each of the matters described in resolutions adopted by the board of managers of CIT Funding in connection with the Chapter 11 Filings (the "CIT Funding Resolution") is hereby approved; and it is further

RESOLVED, that each of the individuals identified on Exhibit A hereto is hereby appointed by the Board as an authorized signatory (each, an "Authorized Signatory") in connection with the Chapter 11 Filing of the Company authorized herein; and it is further

RESOLVED, that each Authorized Signatory and, without duplication, any officer of the Company, together with any other person or persons hereafter designated by the Board, or any one of them (each, individually, an "CIT Group Authorized Officer" and, collectively, the "CIT Group Authorized Officers") be, and each of them hereby is, authorized, empowered and directed on behalf of the Company to execute and verify petitions in the name of the Company under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Southern District of New York in such form and at such time as the Authorized Officer executing such petition on behalf of the Company shall determine; and it is further

RESOLVED, that the Company authorizes that each of the authorized signatories and officers identified in the CIT Funding Resolution (together with the CIT Group Authorized Officers, each, an "Authorized Officer" and, collectively, the "Authorized Officers") be, and each of them hereby is, authorized, empowered and directed on behalf of CIT Funding to execute and verify petitions in the name of CIT Funding under chapter 11 of the Bankruptcy Code and to

cause the same to be filed in the United States Bankruptcy Court for the Southern District of New York in such form and at such time as the Authorized Officer executing such petition on behalf of CIT Funding shall determine; and it is further

RESOLVED, that the Authorized Officers of the Company or CIT Funding or any one of them be, and each of them hereby is, authorized, directed and empowered, on behalf of and in the name of the Company and CIT Funding to execute, verify, and/or file, or cause to be filed and/or executed, or verified (or direct others to do so on their behalf as provided herein) all appropriate documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings, and other papers, and in that connection to employ and retain all assistance by legal counsel, accountants, or other professionals and to take any and all action that they deem necessary, proper or desirable in connection with the Chapter 11 Filings contemplated hereby, with a view to the successful prosecution of such case, including any and all action necessary, proper or desirable in connection with obtaining the use of cash collateral or debtor-in-possession financing; and it is further

RESOLVED, that the Company and CIT Funding as debtors and debtors-in-possession under chapter 11 of the Bankruptcy Code be, and they hereby are, authorized to borrow funds from a lender or lenders as any Authorized Officer of the Company or CIT Funding deems appropriate, and obtain the use of cash collateral in such amounts, from such lender or lenders and on such terms as may be approved by any one or more of the Authorized Officers as reasonably necessary for the continuing conduct of the affairs of the Company and CIT Funding, and grant any guarantees, pledges, mortgages and any security interests in and liens upon all or any portion of the Company's or CIT Funding's assets as may be deemed necessary by any one or more of the Authorized Officers in connection with such borrowings or the use of such cash collateral; and it is further

RESOLVED, that the Authorized Officers of the Company or CIT Funding or any one of them be, and each of them hereby is, authorized and directed to retain on behalf of the Company and CIT Funding (i) the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, to render legal services to, and to represent, the Company and CIT Funding in connection with the Chapter 11 Filing and any other related matters in connection therewith, on such terms as any Authorized Officer shall approve, (ii) Evercore Group L.L.C., to render investment banking services in connection with the Chapter 11 Filing and any other related matters in connection therewith, on such terms as any Authorized Officer shall approve, (iii) FTI Consulting, Inc., to render financial advisory services in connection with the Chapter 11 Filing and any other related matters in connection therewith, on such terms as any Authorized Officer shall approve and (iv) such other professionals as the Authorized Officers deem necessary and appropriate during the course of the Chapter 11 Filings; and it is further

RESOLVED, that the Authorized Officers of the Company or CIT Funding or any one of them be, and each of them hereby is, authorized to execute and deliver for and on behalf of the Company or CIT Funding, as debtors and debtors-in-possession, such agreements,

instruments, and any and all other documents and amendments necessary or appropriate to facilitate the transactions contemplated by the foregoing resolutions and the CIT Funding Resolution, including, without limitation, any credit agreement, promissory note, letter of credit application, guarantee, mortgage, or other security instrument, containing such provisions, terms, conditions, covenants, warranties, and representations, and to incur all such fees and expenses as may be deemed necessary or appropriate by the Authorized Officers, or any of them so acting; and it is further

RESOLVED, that the Authorized Officers of the Company or CIT Funding or any one of them be, and each of them hereby is, authorized and empowered for and in the name and on behalf of each Company or CIT Funding to amend, supplement, or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements, or other writings referred to in the foregoing resolutions; and it is further

RESOLVED, that all acts lawfully done or actions lawfully taken by any Authorized Officer to seek relief on behalf of the Company or CIT Funding under chapter 11 of the Bankruptcy Code in connection with the Chapter 11 Filings or any matter related thereto, be, and hereby are, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Company; and it is further

RESOLVED, that any person dealing with any Authorized Officer of the Company or CIT Funding in connection with any of the foregoing matters or the matters set forth in the CIT Funding Resolution shall be conclusively entitled to rely upon the authority of such Authorized Officer and by his or her execution of any document, agreement or instrument, the same shall be a valid and binding obligation of the Company or CIT Funding enforceable in accordance with its terms; and it is further

RESOLVED, that these resolutions shall be filed with the corporate records of the Company.

## Exhibit A

### Authorized Signatories

1. Jeffrey M. Peek
2. Robert Ingato
3. Eric S. Mandelbaum
4. Joseph M. Leone
5. Glenn A. Votek

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                     :

In re:                             :   Chapter 11

                                    :

CIT GROUP INC.,                :   Case No. 09-

                                    :

              Debtors.      :   (Joint Administration Requested)

                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

## OWNERSHIP STATEMENT FOR DEBTORS IN ACCORDANCE WITH RULE 1007 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

        I, Eric Mandelbaum, Senior Vice President and Deputy General Counsel of CIT Group Inc., a Delaware corporation, declare under penalty of perjury that I have read the ownership statement attached hereto as _Exhibit A_ and that it is true and correct to the best of my knowledge, information, and belief.

Dated: New York, New York
       November 1, 2009

                                  By: _/s/ Eric Mandelbaum_____
                                  Name: Eric Mandelbaum
                                  Title:   Senior Vice President and
                                        Deputy General Counsel of
                                        CIT Group Inc.

## EXHIBIT A

## OWNERSHIP STATEMENT FOR DEBTORS
## IN THESE CHAPTER 11 CASES

The table below shows the name and address of each person or company known to CIT Group Inc. that beneficially owns in excess of 5% of any class of voting stock. Information in this table is as of December 31, 2008, based upon reports on Schedule 13G filed with the Securities and Exchange Commission on or before February 15, 2009.

| Title of Class of Stock | Name and Address of Beneficial Owner | Amount and Nature of Beneficial Ownership | Percentage of Common Stock |
|---|---|---|---|
| Common Stock | FMR LLC 82 Devonshire Street Boston, MA 02109 | (1) 37,361,875 | 9.90% |
| Common Stock | Brandes Investment Partners, LP 11988 El Camino Real, Suite 500 San Diego, CA 92130 | (2) 28,465,717 | 9.70% |
| Common Stock | Franklin Mutual Advisors LLC 101 John F. Kennedy Parkway Short Hills, NJ 07078-2789 | (3) 21,504,101 | 5.70% |

(1) FMR LLC reports sole voting power over 967,721 shares and sole dispositive power over 37,361,875 shares. The beneficial ownership position reported by FMR LLC in its Schedule 13G filed February 17, 2009 includes 5,758,011 common shares relating to its right to convert its 1,456,765 shares of CIT Group Inc. 8.75% Non-Cumulative Perpetual Convertible Preferred Stock, Series C to common shares at an exchange ratio of 3.9526 shares of common for each share of Convertible Preferred Stock.

(2) Brandes Investment Partners, L.P. reports shared voting power over 24,925,110 shares and shared dispositive power over 28,465,717 shares.

(3) Franklin Mutual Advisors LLC reports sole voting power over 21,504,101 shares and sole dispositive power over 21,504,101 shares.

2