UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re: : Chapter 11
:
CIT GROUP INC. and : Case No. 09-16565 (ALG)
CIT GROUP FUNDING COMPANY :
OF DELAWARE LLC, :
:
               Debtors.[1] : (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF HEARING

      **PLEASE TAKE NOTICE** that a hearing with respect to final relief on the matters listed on **Exhibit A**, attached hereto, will be held on **Monday, November 23, 2009 at 2:30 p.m. (prevailing Eastern Time)** before the Honorable Allan L. Gropper, United States Bankruptcy Judge for the Southern District of New York, Room 617, 6th Floor, One Bowling Green, New York, New York 10004.

      **PLEASE TAKE FURTHER NOTICE THAT** any objections to entry of a final order with respect to such matters listed on **Exhibit A** must be filed with the Court no later than **4:00 p.m. (prevailing Eastern Time) on November 19, 2009** (the "Objection Deadline") and served so as to be actually received by the parties listed in the respective interim orders referenced on **Exhibit A** by the Objection Deadline.

      **PLEASE TAKE FURTHER NOTICE THAT** if a party desires to participate in a hearing by telephone, such party must request permission from chambers and notify the attorneys for the Debtors and the attorneys for any committee at least forty-eight (48) hours prior to the scheduled hearing. If chambers permits telephonic participation, the party participating telephonically must arrange such telephonic participation with Court Call, adhering to the procedures for telephonic participation applicable in the United States Bankruptcy Court for the Southern District of New York. Those parties participating by phone may not use speakerphones, unless first authorized by the Court; by reason of technical limitations of the equipment, and the way speakerphones disrupt proceedings in the courtroom, speakerphone authorizations usually will not be granted. Parties participating by phone must put their phones on "mute" except when they need to be heard. Parties so participating are not to put their phones on "hold" under any circumstances.

---

[1] CIT Group Inc. is located at 505 Fifth Avenue, New York, NY 10017. Its tax identification number is 65-xxx1192. In addition to CIT Group Inc., CIT Group Funding Company of Delaware LLC, Case No. 09-16566, is a debtor in these related cases. CIT Group Funding Company of Delaware LLC is located at 1 CIT Drive, Livingston, NJ 07039. Its tax identification number is 98-xxx9146.

1

**PLEASE TAKE FURTHER NOTICE THAT**, copies of the motions and orders listed on Exhibit A can be obtained by using the Bankruptcy Court's electronic case filing system at www.nysb.uscourts.gov using a PACER password (to obtain a PACER password, go to the PACER website, http://pacer.psc.uscourts.gov) or on the website maintained by the Debtors' proposed claims agent at http://www.kccllc.net/citgroup.

Dated: New York, New York
November 4, 2009

        SKADDEN, ARPS, SLATE, MEAGHER
         & FLOM LLP

By:    */s/ Gregg M. Galardi*
      Gregg M. Galardi
      J. Gregory St. Clair
      Four Times Square
      New York, New York 10036
      (212) 735-3000

      Proposed Counsel for Debtors and
       Debtors-in-Possession

## Exhibit A
## Matters to be Heard on November 23, 2009

| Matter to Be Heard | Debtors' Motion Docket No. | Interim Order Docket No. |
|---|---|---|
| **"Cash Management"** – Final Hearing on Debtors' Motion for Interim and Final Orders under 11 U.S.C. §§ 105, 345, 363, 364, 503(b)(1), 553, 1107 and 1108 and Fed. R. Bankr. P. 6003 Authorizing (I) Continued Use of Existing Cash Management System and Bank Accounts, (II) Waiver of Certain U.S. Trustee Requirements, (III) Extending the Time to Comply with the Requirements of Section 345(b) of the Bankruptcy Code, and (IV) Continuation of Intercompany Transactions and Grant of Superpriority Status and First Priority Liens on Account of Intercompany Claims | 10 | 39 |
| **"LC Facility"** – Final Hearing on Debtors' Emergency Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 362, 363 and 364 and Fed. R. Bankr. P. 2002 and 4001 and Local Bankr. R. 4001-2 (I) Authorizing CIT Group Inc. to Enter Into a New Secured Letter of Credit Facility and (II) Scheduling Final Hearing | 15 | 43 |
| **"JPMorgan Stipulation"** – Final Hearing on Debtors' Emergency Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 2002, 4001 and 9019 Authorizing CIT Group Inc. to Enter Into Stipulation with JPMorgan Chase Bank, N.A. | 17 | 53 |
| **"Employee Wages and Benefits"** – Final Hearing on Debtors' Motion for Interim and Final Orders under 11 U.S.C. §§ 105, 363(b), 507(a), 541, 1107(a) and 1108 Authorizing, but Not Directing, Debtors *Inter Alia* to Maintain Employee Benefits and Pay Prepetition Wages and Compensation | 12 | 41 |
| **"Taxes"** – Final Hearing on Debtors' Motion For Interim and Final Orders under 11 U.S.C. §§ 105, 363(b), 507(a)(8), 1107(a), 1108 and 1129 Authorizing, but Not Directing, the Debtors to Pay Certain Prepetition Taxes and Related Relief | 14 | 52 |
| **"Unimpaired Ordinary Course Claims"** – Final Hearing on Debtors' Motion for Interim and Final Orders under 11 U.S.C. §§ 105, 363, 503(b)(9), 1107 and 1108 and Fed. R. Bankr. P. 6003 Authorizing Payment of Unimpaired Ordinary Course Claims in the Ordinary Course of Business | 9 | 50 |
| **"Equity Securities and Claims (NOLs) Trading"** – Final Hearing on Debtors' Motion for Interim and Final Orders under 11 U.S.C. §§ 105, 362 and 541 and Fed. R. Bankr. P. 3001 and 3002 Establishing Notice and Hearing Procedures for Trading in Equity Securities and Claims Against the Debtors' Estates | 11 | 44 |
| **"Honor Cease and Desist Orders"** – Final Hearing on Debtors' Motion for Interim and Final Orders under 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 6003 and 6004 Authorizing, but Not Directing, Debtors to Honor the Written Agreement with the Federal Reserve and the Cease and Desist Orders with Respect to Federal Depository Institution Regulatory Agencies in the Ordinary Course of Business | 16 | 51 |

864739-New York Server 1A - MSW