CURTIS, MALLET-PREVOST,
 COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178-0061
(212) 696-6000
Steven J. Reisman
L.P. Harrison 3rd
T. Barry Kingham

*Proposed Conflicts Counsel for Plaintiffs,
Debtors and Debtors-in-Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| CIT GROUP INC., et al., | : | Case No. 09-16565-ALG |
| Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| CIT GROUP INC., et al., | : | Adversary Proceeding No. 09-01713-ALG |
| Plaintiffs, | : | |
| v. | : | |
| M&T CREDIT SERVICES, LLC; SIEMENS FINANCIAL SERVICES, INC.; FIFTH THIRD LEASING COMPANY; WELLS FARGO BANK NORTHWEST, N.A.; WELLS FARGO BANK, N.A.; INEOS POLYMERS INC.; WELLS FARGO EQUIPMENT FINANCE, INC.; NORTH AMERICA RAIL LEASING #2 LLC; BNY MIDWEST TRUST COMPANY; MANUFACTURERS AND TRADERS TRUST COMPANY; and WILMINGTON TRUST COMPANY, | : | **NOTICE OF EXTENSION OF OBJECTION DEADLINE FOR CERTAIN PARTIES RELATED TO DEBTORS' REQUEST FOR A PRELIMINARY INJUNCTION** |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE THAT on November 1, 2009, CIT Group Inc. ("CIT") and CIT Group Funding Company of Delaware LLC, the debtors and debtors-in-possession in the above captioned chapter 11 cases (collectively, the "Debtors), through their undersigned counsel, filed the *Debtors' Motion For (I) A Temporary Restraining Order And Preliminary Injunction Pursuant To 11 U.S.C. § 105, Rules 7001(7), 7001(9) And 7065 Of The Federal Rules Of Bankruptcy Procedure And Rule 65 Of The Federal Rules Of Civil Procedure Or, In The Alternative, (II) An Order Extending The Automatic Stay Under 11 U.S.C. § 362(a)* (the "Motion") (Adv. Proc. ECF Dkt. No. 2) in the above captioned adversary proceeding (the "Adversary Proceeding");

PLEASE TAKE FURTHER NOTICE THAT on November 5, 2009, upon the record of the hearing before the Court on November 3, 2009, the Court entered a Temporary Restraining Order and an Order to Show Cause why the relief sought in the Motion should not be granted (the "TRO and Order to Show Cause") (Adv. Proc. ECF Dkt. No. 11);

PLEASE TAKE FURTHER NOTICE THAT under the TRO and Order to Show Cause, inter alia,(i) a telephonic conference will be held on November 13, 2009 at 3:00 p.m. (the "Telephonic Conference") and (ii) the deadline for submission of objections to entry of a Preliminary Injunction Order in the Adversary Proceeding was set for November 11, 2009 at 4:00 P.M. (prevailing Eastern time);

**[Concluded on Following Page]**

PLEASE TAKE FURTHER NOTICE THAT the parties continue to work towards a consensual resolution so as to submit an agreed upon Preliminary Injunction Order, and in the interest of reaching such a resolution, the Debtors have consented to an extension of the deadline for submission of objections to the proposed Preliminary Injunction Order to **November 12, 2009 at 4:00 (prevailing Eastern time)** for certain parties that have requested such extension;

PLEASE TAKE FURTHER NOTICE THAT the Debtors hope to submit an agreed upon proposed Preliminary Injunction Order for the Court's review prior to the Telephonic Conference. In the event that the Debtors are unable to submit such an Order, the Debtors will report at the Telephonic Conference on the status of the negotiations related to the Preliminary Injunction Order.

Dated: New York, New York
November 11, 2009

                              **CURTIS, MALLET-PREVOST,**
                                  **COLT & MOSLE LLP**

By: /s/ Steven J. Reisman
     Steven J. Reisman
     L.P. Harrison 3rd
     T. Barry Kingham
101 Park Avenue
New York, New York 10178-0061
Tel.: (212) 696-6000
Fax: (212) 697-1559

*Proposed Conflicts Counsel for Plaintiffs, Debtors and Debtors-in-Possession*