Jeffrey Weinberg
14 Mockingbird Drive
Colts Neck, NJ 07722
November 2, 2009

Hon. Stuart M. Bernstein
Chief Judge
UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Dear Judge Bernstein,

    I am a small bondholder of CIT debt and writing in regard to the Nov. 1, 2009 CIT bankruptcy filing in your court. I would appreciate it if you would forward this letter to the presiding judge or other appropriate court staff responsible for this case.

    Specifically I am writing to object to the prepackaged bankruptcy of CIT as outlined in CIT's mailings over the past month or so. I hold several single bonds ($1,000 face value each) of various maturities and CUSIP numbers. My interpretation of the prepackaged bankruptcy as proposed CIT is that the number of new bonds proposed to replace existing debt will be determined by multiplying the number of current $1,000 bonds for each CUSIP held by an individual by a post bankruptcy settlement percentage. CIT proposed that the new bonds will only be issued in $1,000 increments and any number of new bonds issued to an individual for each maturity will then be rounded down to the nearest $1,000 multiple. Since I own single $1,000 bonds then I will not receive any new bonds, as my holdings will each be rounded down to zero. This is unfair.

    If my interpretation of the proposed prepackaged bankruptcy is correct then I am objecting to it. Instead I urge your court to protect the small bondholder and require that any new bonds to be issues in less than $1,000 increments so that all bondholders, large and small will be treated equally.

    Thank you for your attention to this matter.

Sincerely,

Jeffrey Weinberg

Weinberg
14 Mockingbird Dr
Colts Neck, NJ
07722

Hon Stuart M. Bernstein
Chief Judge
US Bankruptcy Court - Southern District of NY
One Bowling Green
New York, NY 10004-1408