SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Gregg M. Galardi
J. Gregory St. Clair

Proposed Counsel for Debtors and
 Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                :
In re:                                          :   Chapter 11
                                                :
CIT GROUP INC. and                              :   Case No. 09-16565 (ALG)
CIT GROUP FUNDING COMPANY                       :
OF DELAWARE LLC,                                :
                                                :
            Debtors.                            :   (Jointly Administered)
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 23, 2009

Time and Date of Hearing:   November 23, 2009 at 2:30 p.m. (Eastern Standard Time)

Location of Hearing:        Judge Allan L. Gropper, Chambers Room 617 United States
                            Bankruptcy Court for the Southern District of New York, Alexander
                            Hamilton Custom House, One Bowling Green
                            New York, New York 10004-1408

Copies of Motions:          A copy of each of the motions, applications and related exhibits can
                            be viewed on the Court's website at www.ecf.nysb.uscourts.gov and at
                            the CIT Group Legal Information Website at
                            http://www.kccllc.net/citgroup. You may also request copies by
                            emailing citgroup@kccllc.com.

**UNCONTESTED MATTERS GOING FORWARD**

1.  **"Evercore Retention Application"**

    Application of the Debtors for Order under 11 U.S.C. §§ 327(a) and 328(a), Fed. R. Bankr. P. 2014 and 2016, and Local Bankr. R. 2014-1 Authorizing the Employment and Retention of Evercore Group L.L.C. as Investment Banker and Financial Advisor to the Debtors and Debtors-In-Possession Nunc Pro Tunc to the Petition Date (Docket No. 82) (Date Filed: November 9, 2009)

    Response Deadline:     November 19, 2009 at 4:00 PM.

    Responses Filed:       None.

    Status:                This matter will be going forward.

2.  **"Curtis Mallet Retention Application"**

    Debtors' Application for Entry of an Order under 11 U.S.C. § 327(a), Fed. R. Bankr. P. 2014(a) and 2016, and Local Bankr. R. 2014-1 and 2016-1 Authorizing the Retention and Employment of Curtis, Mallet-Prevost, Colt & Mosle LLP as Conflicts Counsel for the Debtors and Debtors-In-Possession Nunc Pro Tunc to the Petition Date (Docket No. 83) (Date Filed: November 9, 2009)

    Response Deadline:     November 19, 2009 at 4:00 PM.

    Responses Filed:       None.

    Status:                This matter will be going forward.

3.  **"Sullivan & Cromwell Retention Application"**

    Application of the Debtors Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code for Authorization to Employ and Retain Sullivan & Cromwell LLP as Special Counsel to the Debtors, Nunc Pro Tunc to the Petition Date (Docket No. 84) (Date Filed: November 9, 2009)

    Response Deadline:     November 19, 2009 at 4:00 PM.

    Responses Filed:       None.

    Status:                This matter will be going forward.

**4.     "Cash Management Motion"**

Debtors' Motion for Interim and Final Orders under 11 U.S.C. §§ 105, 345, 363, 364, 503(b)(1), 553, 1107 and 1108 and Fed. R. Bankr. P. 6003 Authorizing (I) Continued Use of Existing Cash Management System and Bank Accounts, (II) Waiver of Certain U.S. Trustee Requirements, (III) Extending the Time to Comply with the Requirements of Section 345(b) of the Bankruptcy Code, and (IV) Continuation of Intercompany Transactions and Grant of Superpriority Status and First Priority Liens on Account of Intercompany Claims (Docket No. 10) (Date Filed: November 1, 2009)

Related Documents:

   a.   Notice of Filing of Exhibit C to Cash Management Motion (Docket No. 32) (Date Filed: November 3, 2009)

   b.   Notice of Filing of Revised Proposed "First-Day" Motions (Docket No. 33) (Date Filed: November 3, 2009)

   c.   Interim Order under 11 U.S.C. §§ 105, 345, 363, 364, 503(b)(1), 553, 1107 and 1108 and Fed. R. Bankr. P. 6003 Authorizing (I) Continued Use of Existing Cash Management System and Bank Accounts, (II) Waiver of Certain U.S. Trustee Requirements, (III) Extension of Time to Comply with the Requirements of Section 345(b) of the Bankruptcy Code and (IV) Continuation of Intercompany Transactions and Grant of Superpriority Status and First Priority Liens on Account of Intercompany Claims (Docket No. 39) (Date Entered: November 3, 2009)

| | |
|---|---|
| Response Deadline: | November 19, 2009 at 4:00 PM. |
| Responses Filed: | None. |
| Status: | Interim Order entered on November 3, 2009. This matter will be going forward on a final basis. |

**5.     "LC Facility Motion"**

Debtors' Emergency Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 362, 363 and 364 and Fed. R. Bankr. P. 2002 and 4001 and Local Bankr. R. 4001-2 (I) Authorizing CIT Group Inc. to Enter Into a New Secured Letter of Credit Facility and (II) Scheduling Final Hearing (Docket No. 15) (Date Filed: November 1, 2009)

Related Documents:
   a.   Notice of Filing of Revised Proposed "First-Day" Motions (Docket No. 33) (Date Filed: November 3, 2009)

      b.      Interim Order (I) Authorizing Debtors to Obtain Post-Petition Financing Pursuant to 11 U.S.C. §§ 105, 362, 363, 364(c)(1), 364(c)(2) and 364(e) and (II) Scheduling Final Hearing Pursuant to Bankruptcy Rule 4001(c) and Local Rule 4001-2 (Docket No. 43) (Date Entered: November 3, 2009)

      c.      Notice of Filing of L/C Facility Fee Letter (Docket No. 74) (Date Filed: November 6, 2009)

Response Deadline:      November 19, 2009 at 4:00 PM.

Responses Filed:      None.

Status:      Interim Order entered on November 3, 2009. This matter will be going forward on a final basis.

**6.** **"JPMorgan Stipulation Motion"**

Debtors' Emergency Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 2002, 4001 and 9019 Authorizing CIT Group Inc. to Enter Into Stipulation with JPMorgan Chase Bank, N.A (Docket No. 17) (Date Filed: November 1, 2009)

Related Documents:

      a.      Notice of Filing of Revised Proposed "First-Day" Motions (Docket No. 33) (Date Filed: November 3, 2009)

      b.      Interim Order Authorizing CIT Group Inc. to Enter into Stipulation with JPMorgan Chase Bank, N.A. and Scheduling Final Hearing (Docket No. 53) (Date Entered: November 4, 2009)

Response Deadline:      November 19, 2009 at 4:00 PM.

Responses Filed:      None.

Status:      Interim Order entered on November 4, 2009. This matter will be going forward on a final basis.

**7.** **"Employee Wages and Benefits Motion"**

Debtors' Motion for Interim and Final Orders under 11 U.S.C. §§ 105, 363(b), 507(a), 541, 1107(a) and 1108 Authorizing, but Not Directing, Debtors Inter Alia to Maintain

4

Employee Benefits and Pay Prepetition Wages and Compensation (Docket No. 12) (Date Filed: November 1, 2009)

Related Document:
- a. Interim Order under 11 U.S.C. §§ 105, 363(b), 507(a), 541, 1107(a) and 1108, Authorizing, but Not Directing, Debtors *Inter Alia* to Maintain Employee Benefits and Pay Prepetition Wages and Compensation (Docket No. 41) (Date Entered: November 3, 2009)

| | |
|---|---|
| Response Deadline: | November 19, 2009 at 4:00 PM. |
| Responses Filed: | None. |
| Status: | Interim Order entered on November 3, 2009. This matter will be going forward on a final basis. |

8. **"Taxes Motion"**

Debtors' Motion For Interim and Final Orders under 11 U.S.C. §§ 105, 363(b), 507(a)(8), 1107(a), 1108 and 1129 Authorizing, but Not Directing, the Debtors to Pay Certain Prepetition Taxes and Related Relief (Docket No. 14) (Date Filed: November 2, 2009)

Related Document:
- a. Interim Order under 11 U.S.C. §§ 105(a), 363(b), 506(a), 507(a)(8), 1107(a), 1108 and 1129 Authorizing, but Not Directing, the Debtors to Pay Certain Prepetition Taxes and Related Relief (Docket No. 52) (Date Entered: November 4, 2009)

| | |
|---|---|
| Response Deadline: | November 19, 2009 at 4:00 PM. |
| Responses Filed: | None. |
| Status: | Interim Order entered on November 4, 2009. This matter will be going forward on a final basis. |

9. **"Unimpaired Ordinary Course Claims Motion"**

Debtors' Motion for Interim and Final Orders under 11 U.S.C. §§ 105, 363, 503(b)(9), 1107 and 1108 and Fed. R. Bankr. P. 6003 Authorizing Payment of Unimpaired Ordinary Course Claims in the Ordinary Course of Business (Docket No. 9) (Date Filed: November 1, 2009)

Related Document:

    a.    Interim Order under 11 U.S.C. §§ 105, 363, 503(b)(9), 1107 and 1108, and Fed. R. Bankr. P. 6003 Authorizing Payment of Unimpaired Ordinary Course Claims in Ordinary Course of Business (Docket No. 50) (Date Entered: November 4, 2009)

| | |
|---|---|
| Response Deadline: | November 19, 2009 at 4:00 PM. |
| Responses Filed: | None. |
| Status: | Interim Order entered on November 4, 2009. This matter will be going forward on a final basis. |

**10.** **"Equity Securities and Claims (NOLs) Trading Motion"**

Debtors' Motion for Interim and Final Orders under 11 U.S.C. §§ 105, 362 and 541 and Fed. R. Bankr. P. 3001 and 3002 Establishing Notice and Hearing Procedures for Trading in Equity Securities and Claims Against the Debtors' Estates (Docket No. 11) (Date Filed: November 1, 2009)

Related Document:

    a.    Interim Order under 11 U.S.C. §§ 105, 362 and 541 and Fed. R. Bankr. P. 3001 and 3002 Establishing Notice and Hearing Procedures for Trading in Equity Securities and Claims Against the Debtors' Estates (Docket No. 44) (Date Entered: November 3, 2009)

| | |
|---|---|
| Response Deadline: | November 19, 2009 at 4:00 PM. |
| Responses Filed: | None. |
| Status: | Interim Order entered on November 3, 2009. This matter will be going forward on a final basis. |

**11.** **"Honor Cease and Desist Orders Motion"**

Debtors' Motion for Interim and Final Orders under 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 6003 and 6004 Authorizing, but Not Directing, Debtors to Honor the Written Agreement with the Federal Reserve and the Cease and Desist Orders with Respect to Federal Depository Institution Regulatory Agencies in the Ordinary Course of Business (Docket No. 16) (Date Filed: November 1, 2009)

Related Document:

    a.    Interim Order under 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 6003 and 6004 Authorizing, but Not Directing, Debtors to Honor the Written Agreement with the Federal Reserve and the Cease and Desist Orders with Respect to Federal Depository Institution Regulatory Agencies in the Ordinary Course of Business (Docket No. 51) (Date Entered: November 4, 2009)

| | |
|---|---|
| Response Deadline: | November 19, 2009 at 4:00 PM. |
| Responses Filed: | None. |
| Status: | Interim Order entered on November 4, 2009. This matter will be going forward on a final basis. |

**12.**    **"Utilities Motion"**

Debtors' Motion for Order Under 11 U.S.C. §§ 105(a) and 366 (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment, (II) Resolving Objections by Utility Companies and (III) Prohibiting Utilities from Altering, Refusing or Discontinuing Service (Docket No. 70) (Date Filed: November 5, 2009)

Related Document:

    a.    Notice of Filing of Amended Exhibit A to Utility Motion (Docket No. 75) (Date Filed: November 6, 2009)

| | |
|---|---|
| Response Deadline: | November 19, 2009 at 4:00 PM. |
| Responses Filed: | None. |
| Status: | This matter will be going forward. |

**CONTESTED MATTERS**

None.

Dated: New York, New York
November 19, 2009

                         SKADDEN, ARPS, SLATE, MEAGHER
                          &amp; FLOM LLP

                    By:    */s/ Gregg M. Galardi*
                            Gregg M. Galardi
                            J. Gregory St. Clair
                            Four Times Square
                            New York, New York 10036
                            (212) 735-3000

                            Proposed Counsel for Debtors and
                             Debtors-in-Possession