Andrew N. Rosenberg
Alice Belisle Eaton
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

Counsel to the Lenders Steering Committee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CIT GROUP INC. and<br>CIT GROUP FUNDING COMPANY<br>OF DELAWARE LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-16565 (ALG)<br><br>(Jointly Administered) |

### VERIFIED STATEMENT OF
### PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
### PURSUANT TO BANKRUPTCY RULE 2019

Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul Weiss") represents the creditors and parties in interest identified below. Andrew N. Rosenberg, a member of the firm, on behalf of Paul Weiss, pursuant to Federal Rule of Bankruptcy Procedure 2019, makes the following representations in connection with this Verified Statement:

1. Paul Weiss represents the following parties in interest in their capacities as members of a lenders steering committee (collectively, the "Lenders Steering Committee") identified on Schedule 9.11 of that certain Second Amended and Restated Credit and Guaranty

Agreement, dated as of October 28, 2009 (as amended, supplemented or otherwise modified from time to time, the "Expansion Facility"):

| | |
|---|---|
| Capital Research and Management Company and affiliates, for and on behalf of various funds and accounts they manage<br>11100 Santa Monica Blvd, 15th Floor<br>Los Angeles, CA 90025 | Centerbridge Partners, L.P.<br>375 Park Avenue, 12th Floor<br>New York, NY 10152 |
| Oaktree Capital Management, L.P., and affiliates, for and on behalf of various funds and accounts they manage<br>333 South Grand Ave., 28th Floor<br>Los Angeles, CA 90071 | Silver Point Capital, LP<br>Two Greenwich Plaza, 1st Floor<br>Greenwich, CT 06830 |

2. As of November 1, 2009, the individual members of the Lenders Steering Committee collectively held approximately $1.341 billion of loans outstanding under the Expansion Facility. Each of the members of the Lenders Steering Committee has been a member of the Lenders Steering Committee since July 2009.

3. The Lenders Steering Committee has retained Paul Weiss to represent its respective interests in connection with the above-captioned cases.

4. Upon information and belief formed after due inquiry, Paul Weiss does not hold any claims against or equity interests in the Debtors.

I verify under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Dated: New York, New York
November 23, 2009

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ Andrew N. Rosenberg
Andrew N. Rosenberg
(arosenberg@paulweiss.com)
Alice Belisle Eaton
(aeaton@paulweiss.com)

1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

Counsel to the Lenders Steering Committee