UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                 :

In re:                               :       Chapter 11

CIT GROUP INC. and             :       Case No. 09-16565 (ALG)
CIT GROUP FUNDING COMPANY   :
OF DELAWARE LLC,             :
                               :       (Jointly Administered)
          Debtors.             :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## AFFIDAVIT OF SERVICE

     I, Ricardo Tejeda Romero, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

     On November 19, 2009, I caused to be served the documents listed below upon the parties listed on <u>Exhibit A</u> attached hereto via overnight mail; and upon the parties listed on <u>Exhibit B</u> attached hereto via electronic mail:

- **Notice of Agenda of Matters Scheduled for Hearing on November 23, 2009 at 2:30 p.m. (Eastern Standard Time)** *[Docket No. 113]*

- **Notice of Filing of Proposed Final Orders** *[Docket No. 115]*

     Furthermore, On November 19, 2009, I caused to be served the document listed below upon the parties listed on <u>Exhibit C</u> attached hereto via overnight mail:

- **Notice of Agenda of Matters Scheduled for Hearing on November 23, 2009 at 2:30 p.m. (Eastern Standard Time)** *[Docket No. 113]*

Dated: November 23, 2009

Ricardo Tejeda Romero

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 23rd day of November, 2009, by Ricardo Tejeda Romero, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

Commission Expires: 6-11-13

GABRIELA MEDINA
COMM #1853581
Notary Public-California
LOS ANGELES COUNTY
My Comm. Exp. JUNE 11, 2013

# EXHIBIT A

| COMPANY | CONTACT | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PARTY TYPE |
|---|---|---|---|---|---|---|---|---|
| ABN AMRO BANK ECA | | 250 BISHOPSGATE | | LONDON | | EC2M 4AA | UK | MASTER SERVICE LIST |
| ABN AMRO RBS | DIANE FERGUSON | 600 STEAMBOAT RD | | GREENWICH | CT | 06830-0000 | | BANK |
| ADECCO USA INC | | 175 BROAD HOLLOW RD | | MELVILLE | NY | 11747 | | MASTER SERVICE LIST |
| AIKEN SCHENK HAWKINS & RICCIARDI PC | BARBARA LEE CALDWELL | 4742 N 24TH ST STE 100 | | PHOENIX | AZ | 85016-4859 | | MASTER SERVICE LIST |
| ASCENT MEDIA | | DEPARTMENT 2146 | | LOS ANGELES | CA | 90084-2146 | | UTILITY |
| AT & T | | PO BOX 105262 | | ATLANTA | GA | 30348-5262 | | UTILITY |
| AT & T | | PO BOX 105503 | | ATLANTA | GA | 30348-5503 | | UTILITY |
| AT & T | | PO BOX 13134 | | NEWARK | NJ | 07101-5634 | | UTILITY |
| AT & T | | PO BOX 13142 | | NEWARK | NJ | 07101-5642 | | UTILITY |
| AT & T | | PO BOX 13146 | | NEWARK | NJ | 07101-5646 | | UTILITY |
| AT & T | | PO BOX 13148 | | NEWARK | NJ | 07101-5648 | | UTILITY |
| AT & T | | PO BOX 5001 | | CAROL STREAM | IL | 60197-5001 | | UTILITY |
| AT & T | | PO BOX 78114 | | PHOENIX | AZ | 85062-8114 | | UTILITY |
| AT & T | | PO BOX 79112 | | PHOENIX | AZ | 85062-9112 | | UTILITY |
| AT & T | | PO BOX 8100 | | AURORA | IL | 60507-8100 | | UTILITY |
| AT & T | | PO BOX 8110 | | AURORA | IL | 60507-8110 | | UTILITY |
| AT & T | | PAYMENT CTR | | SACRAMENTO | CA | 95887-0001 | | UTILITY |
| AT & T CORP | ATTN JAMES W GRUDUS | LAW GROUP COUNSEL | ONE AT&T WAY RM 3A218 | BEDMINSTER | NJ | 07921 | | MASTER SERVICE LIST |
| AT & T GLOBAL SERV CANADA | | PO BOX 9266 STN A | | TORONTO | ON | M5W 3M1 | | UTILITY |
| AT & T MOBILITY | NATIONAL BUSINESS SERVICES | PO BOX 9004 | | CAROL STREAM | IL | 60197-9004 | | UTILITY |
| AUSTRALIAN SR UNSECURED NOTES | | 20 BRIDGE STREETPO BOX H224 | AUSTRALIA SQUARE NSW 1215 | SYDNEY | NSW | 02000 | AUSTRALIA | MASTER SERVICE LIST |
| AUSTRALIAN SR UNSECURED NOTES | ATTN NOTES TRUSTEE | LEVEL 22 | 207 KENT ST | SYDNEY | NSW | 02000 | AUSTRALIA | MASTER SERVICE LIST |
| BANCO DE CREDITO FACILITY | ATTN SIMON DUQUE ROJAS & ANGELA MARIA JARAMILLO ARBELAEZ | CARRERA 7 NO 27 18 | PISO 4 | BOGOTA | | | COLOMBIA | MASTER SERVICE LIST |
| BANCOLUMBIA FACILITY | ATTN CARLOS EDUARDO PALACIOS RUEDA | CALLE 31 6 39 | PISO 9 | BOGOTA | | | COLOMBIA | MASTER SERVICE LIST |
| BANCOLUMBIA FACILITY | ATTN HECTOR FELIPE ROJAS GUZMAN | CALLE 30 A 6 38 | PISO 7 | BOGOTA | | | COLOMBIA | MASTER SERVICE LIST |
| BANK OF AMERICA | ATTN GENERAL COUNSEL | ONE BRYANT PARK | | NEW YORK | NY | 10036 | | BANK |
| BANK OF AMERICA | ATTN GENERAL COUNSEL | 100 NORTH TRYON ST | | CHARLOTTE | NC | 28255-0001 | | BANK |
| BANK OF AMERICA | GREG VENKER | 901 MAIN ST 66TH FL | | DALLAS | TX | 75202 | | BANK |
| BANK OF AMERICA NA ADMINISTRATIVE AND COLLATERAL AGENT | ATTN CHARLES GRABER | 1455 MARKET ST 5TH FL | CA5 701 05 19 | SAN FRANCISCO | CA | 94103 | | MASTER SERVICE LIST |
| BANK OF AMERICA NA ADMINISTRATIVE AND COLLATERAL AGENT | ATTN RICHARD PILAND | TX1 492 14 11 | 901 MAIN ST | DALLAS | TX | 75202-3714 | | MASTER SERVICE LIST |
| BANK OF NEW YORK | ATTN GENERAL COUNSEL | ONE WALL ST 10TH FL | | NEW YORK | NY | 10286 | | BANK |
| BANK OF NEW YORK | DAVID R EVANS | ONE WALL ST 17TH FL | | NEW YORK | NY | 10286 | | BANK |
| BARCLAYS BANK PLC | WILLIAM H GARTLAND | 745 7TH AVE 5TH FL | | NEW YORK | NY | 10019 | | BANK |
| BARTLETT HACKETT FEINBERG PC | ATTN FRANK F MCGINN | 155 FEDERAL ST 9TH FL | | BOSTON | MA | 02110 | | MASTER SERVICE LIST |
| BLACKROCK | HOWARD JONAS | 100 BELLEVUE PKWY | | WILMINGTON | DE | 19808 | | BANK |
| BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM | ATTN OFFICE OF THE SECRETARY | 20TH & CONSTITUTION AVE NW | | WASHINGTON | DC | 20551-0001 | | MASTER SERVICE LIST |
| BUCK CONSULTANTS LLC | | ONE NORTH DEARBORN | STE 1400 | CHICAGO | IL | 60602-4336 | | MASTER SERVICE LIST |
| CABLEVISION COMMERCIAL SALES | | 6 CORPORATE CTR DR | | MELVILLE | NY | 11747 | | UTILITY |
| CABLEVISION OF CONNECTICUT | | POB 9256 | | CHELSEA | MA | 02160-9256 | | UTILITY |
| CAHILL GORDON & REINDEL LLP | JOEL H LEVITIN & STEPHEN J GORDON | EIGHTY PINE ST | | NEW YORK | NY | 10005 | | MASTER SERVICE LIST |
| CIBC | DOMINIC J SORRESSO | 300 MADISON AVE | | NEW YORK | NY | 10017 | | BANK |
| CITIBANK CHINA CO LTD SHANGHAI BRANCH | ATTN ALPHA WANG | 34F CITIGROUP TOWER NO 33 HUA YUAN QIAO RD | LU JIA ZUI FINANCE AND TRADE ZONE | SHANGHAI | | 200120 | CHINA | MASTER SERVICE LIST |
| CITIBANK NA ADMINISTRATIVE AGENT | ANNEMARIE PAVCO | 2 PENNS WAY STE 200 | | NEWCASTLE | DE | 19720 | | MASTER SERVICE LIST |
| CITY OF MARTINSVILLE VIRGINIA | DEPT OF FINANCE BILLING DIVISION | CIT TREASURERPO BOX 1023 | | MARTINSVILLE | VA | 24114 | | UTILITY |
| COMCAST | | PO BOX 1809 | | UNION | NJ | 07083 | | UTILITY |

| COMPANY | CONTACT | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PARTY TYPE |
|---|---|---|---|---|---|---|---|---|
| COMCAST | | PO BOX 840 | | NEWARK | NJ | 07101-0840 | | UTILITY |
| COMCAST | | 560 PATTON ST | | DANVILLE | VA | 24541-1310 | | UTILITY |
| COMCAST | | 800 RAHWAY AVE | | UNION | NJ | 07083-0000 | | UTILITY |
| COMCAST | | BOX 6505 | | CHELMSFORD | MA | 01024-0000 | | UTILITY |
| COMCAST | COMCAST BUSINESS SERVICES | 5801 METRO DR | | BALTIMORE | MD | 21215 | | UTILITY |
| COMCAST | COMCAST CABLEVISION | PO BOX 840 | | NEWARK | NJ | 07101-0840 | | UTILITY |
| CON EDISON | JAF STATION | PO BOX1702 | | NEW YORK | NY | 10116-1702 | | UTILITY |
| CORPORATE TELECOM SOLUTIONS | | PO BOX 855 | | SPRING HOUSE | PA | 19477 | | UTILITY |
| CROWN OIL COMPANY | | PO BOX 207 | | CHATHAM | NJ | 07926 | | UTILITY |
| DANVILLE VA DEPARTMENT OF UTILITIES | DIVISION OF CENTRAL COLLECTIONS | PO BOX 3308 | | DANVILLE | VA | 24543-3308 | | UTILITY |
| DAVIS POLK & WARDWELL LLP | PETER LEVIN | 450 LEXINGTON AVE | | NEW YORK | NY | 10017 | | AFFECTED PARTY |
| DAVIS POLK & WARDWELL LLP | PETER SW LEVIN & TIMOTHY GRAULICH | 450 LEXINGTON AVE | | NEW YORK | NY | 10017 | | MASTER SERVICE LIST |
| DAVIS POLK & WARDWELL LLP | TIMOTHY GRAULICH | 450 LEXINGTON AVE | | NEW YORK | NY | 10017 | | AFFECTED PARTY |
| DAY PITNEY LLP | RONALD S BEACHER | 7 TIMES SQ | | NEW YORK | NY | 10036 | | MASTER SERVICE LIST |
| DELAWARE DEPT OF JUSTICE | ATTN BANKRUPTCY DEPT | DIV OF SECURITIES | 820 N FRENCH ST 5TH FL | WILMINGTON | DE | 19801 | | MASTER SERVICE LIST |
| DELAWARE SECRETARY OF THE TREASURY | | PO BOX 7040 | | DOVER | DE | 19903 | | MASTER SERVICE LIST |
| DIRECTV | | PO BOX 60036 | | LOS ANGELES | CA | 90060-0036 | | UTILITY |
| DREYFUS | THERESA POWERS | 200 PARK AVE | | NEW YORK | NY | 10166-0005 | | BANK |
| FEDERAL DEPOSIT INSURANCE CORP | ATTN J GEORGE DOERR | 25 JESSIE ST AT ECKER SQ STE 2300 | DIV OF SUPERVISION & CONSUMER PROTECTION SAN FRANCISCO REGION | SAN FRANCISCO | CA | 94105-2780 | | CEASE & DESIST |
| FEDERAL RESERVE BANK OF NEW YORK | ATTN LANCE AUER | 33 LIBERTY ST | | NEW YORK | NY | 10045 | | CEASE & DESIST |
| FEDERATED | JOHN MOSKO | 1001 LIBERTY AVE | | PITTSBURGH | PA | 15222 | | BANK |
| FIDELITY | MARISSA HEDGE | 500 SALEM ST | | SMITHFIELD | RI | 02917-0000 | | BANK |
| FULBRIGHT & JAWORSKI LLP | DAVID A ROSENZWEIG & MARK C HAUT | 666 FIFTH AVE | | NEW YORK | NY | 10103 | | MASTER SERVICE LIST |
| GEORGE ROSENBERG ESQ | | 5334 S PRINCE ST | | LITTLETON | CO | 80166 | | MASTER SERVICE LIST |
| GIBSON DUNN & CRUTCHER LLP | MATTHEW J WILLIAMS MATTHEW K KELSEY & ERIC WATERS | 200 PARK AVE | | NEW YORK | NY | 10166-0193 | | MASTER SERVICE LIST |
| GOLDMAN SACHS SWAP AGREEMENT | GOLDMAN SACHS INTERNATIONAL | ATTN CREDIT DERIVATIVES MIDDLE OFFICE | 85 BROAD ST | NEW YORK | NY | 10004 | | MASTER SERVICE LIST |
| GRANITE TELECOMMUNICATIONS | | PO BOX 83197 | | WOBURN | MA | 01813-3197 | | UTILITY |
| HAYNSWORTH SINKLER BOYD PA | WILLIAM H SHORT JR & TARA E NAUFUL | PO BOX 11889 | | COLUMBIA | SC | 29211-1889 | | MASTER SERVICE LIST |
| HESS CORPORATION | | PO BOX 25225 | | LEHIGH VALLEY | PA | 18002 | | UTILITY |
| HUGHES HUBBARD & REED LLP | MICHAEL LUSKIN & ERIC J FROMME | ONE BATTERY PARK PLZ | | NEW YORK | NY | 10004-1482 | | MASTER SERVICE LIST |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATIONS | PO BOX 21126 | | PHILADELPHIA | PA | 19114-0326 | | MASTER SERVICE LIST |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATIONS | 11601 ROOSEVELT BLVD | MAIL DROP N781 | PHILADELPHIA | PA | 19255 | | MASTER SERVICE LIST |
| INVESCO LTD | JOHN PARKER | 11 GREENWAY PLZ | | HOUSTON | TX | 77046 | | BANK |
| JCP & L | | PO BOX 3687 | | AKRON | OH | 44309 | | UTILITY |
| JEFFREY D SIMON | | 190 KNIGHTSBRIDGE RD | | WATCHUNG | NJ | 07069 | | MASTER SERVICE LIST |
| JPMORGAN CHASE | WILLIAM A SHOLTEN III | 10 S DEARBORN 43RD FL | | CHICAGO | IL | 60603 | | BANK |
| JPMORGAN CHASE BANK NATIONAL ASSOCIATION | ATTN LEGAL DEPARTMENT DERIVATIVES PRACTICE GROUP | 270 PARK AVE | 41ST FL | NEW YORK | NY | 10017-2070 | | MASTER SERVICE LIST |
| K & L GATES LLP | J MICHAEL BOOE | 214 N TRYON ST STE 4700 | THE HEARST TOWER | CHARLOTTE | NC | 28202 | | MASTER SERVICE LIST |
| K & L GATES LLP | LAWRENCE E BEHNING | 214 N TRYON ST STE 4700 | THE HEARST TOWER | CHARLOTTE | NC | 28202 | | MASTER SERVICE LIST |
| KELLEY DRYE & WARREN LLP | DAVID E RETTER & JASON R ALDERSON | 101 PARK AVE | | NEW YORK | NY | 10178 | | MASTER SERVICE LIST |
| KILPATRICK & ASSOCIATES PC | RICHARDO I KILPATRICK | 903 NORTH OPDYKE RD STE C | | AUBURN HILLS | MI | 48326 | | MASTER SERVICE LIST |
| KILPATRICK & ASSOCIATES PC | RICHARDO I KILPATRICK | 615 GRISWOLD STE 1004 | | DETROIT | MI | 48226-3985 | | MASTER SERVICE LIST |
| LAW OFFICE OF PATRICIA WILLIAMS PREWITT | PATRICIA WILLIAMS PREWITT | 412 E WASHINGTON AVE | | NAVASOTA | TX | 77868 | | MASTER SERVICE LIST |

In re: CIT Group, Inc., et al.
Case No.: 09-16565 (ALG)

2 of 4

11/23/2009
9:01 AM

| COMPANY | CONTACT | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PARTY TYPE |
|---|---|---|---|---|---|---|---|---|
| LAW OFFICES OF ROBERT E LUNA PC | C/O ANDREA SHEEHAN ESQ | 4411 N CENTRAL EXPRESSWAY | | DALLAS | TX | 75205 | | MASTER SERVICE LIST |
| LAWRENCE A MARSIELLO | | 76 SHORE RD | | COLD SPRING HARBOR | NY | 11724 | | MASTER SERVICE LIST |
| LAWRENCE A MARSIELLO | C/O FORD HARRISON LLP | ATTN STEPHEN E ZWEIG | 100 PARK AVE STE 2500 | NEW YORK | NY | 10017-5536 | | MASTER SERVICE LIST |
| LAZARUS & LAZARUS PC | ATTN HARLAN M LAZARUS ESQ | 240 MADISON AVE 8TH FL | | NEW YORK | NY | 10016 | | MASTER SERVICE LIST |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | DAVID G AELVOET | TRAVIS BLDG 711 NAVARRO STE 300 | | SAN ANTONIO | TX | 78205 | | MASTER SERVICE LIST |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | DIANE W SANDER | 1949 SOUTH I H 35 | PO BOX 17428 | AUSTIN | TX | 78760 | | MASTER SERVICE LIST |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | JOHN P DILLMAN | PO BOX 3064 | | HOUSTON | TX | 77253-3064 | | MASTER SERVICE LIST |
| LIVINGSTON TOWNSHIP WATER & SEWER | | 357 S LIVINGSTON AVE | | LIVINGSTON | NJ | 07039-0000 | | UTILITY |
| MARKIT WSO CORPORATION | | 13455 NOEL RD STE 1100 | LB NO 22 | DALLAS | TX | 75240 | | MASTER SERVICE LIST |
| MCCREARY VESELKA BRAGG & ALLEN PC | MICHAEL COMAL | PO BOX 1269 | | ROUND ROCK | TX | 78680 | | MASTER SERVICE LIST |
| MERCER HUMAN RESOURCE CONSULTING INC | | 44 WHIPPANY RD | | MORRISTOWN | NJ | 07962 | | MASTER SERVICE LIST |
| MINDTREE CONSULTING LIMITED | | 15 INDEPENDENCE BLVD | NO 410 | WARREN | NJ | 07059 | | MASTER SERVICE LIST |
| MIZUHO CORPORATE BANK LTD TRUSTEE | | 1251 AVE OF THE AMERICAS | | NEW YORK | NY | 10020 | | MASTER SERVICE LIST |
| MX ENERGY | | 595 SUMMER ST | | STAMFORD | CT | 06901-0000 | | UTILITY |
| OFFICE OF THE UNITED STATES TRUSTEE | PAUL SCHWARTZBERG | 33 WHITEHALL ST 21ST FL | | NEW YORK | NY | 10004 | | MASTER SERVICE LIST |
| PAUL WEISS RIFKIND WHARTON & GARRISON LLP | ANDREW N ROSENBERG SARAH HARNETT ARINA POPOVA & ALICE BELISLE EATON | 1285 AVE OF THE AMERICAS | | NEW YORK | NY | 10019-6064 | | MASTER SERVICE LIST |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | C/O ELIZABETH BANDA | PO BOX 13430 | | ARLINGTON | TX | 76094-0430 | | MASTER SERVICE LIST |
| POST & SCHELL PC | BRIAN W BISIGNANI | 17 NORTH 2ND ST 12TH FL | | HARRISBURG | PA | 17101 | | MASTER SERVICE LIST |
| PRUDENTIAL INSURANCE OF AMERICA | | ONE CORPORATE DR | | SHELTON | CT | 06484 | | MASTER SERVICE LIST |
| PSE & G | | PO BOX 14106 | | NEW BRUNSWICK | NJ | 08906 | | UTILITY |
| QWEST | | PO BOX 29040 | | PHOENIX | AZ | 85038-9040 | | UTILITY |
| QWEST | | PO BOX 91154 | | SEATTLE | WA | 98111-9254 | | UTILITY |
| RESOURCES GLOBAL PROFESSIONALS CORP | | 1000 WILSHIRE BLVD | STE 500 | LOS ANGELES | CA | 90017-2472 | | MASTER SERVICE LIST |
| ROYAL BANK OF CANADA | ATTN GENERAL COUNSEL | 200 BAY ST STE 950 | | TORONTO | ON | M5J 2J5 | CANADA | BANK |
| ROYAL BANK OF CANADA | PATRICK K SHIELDS | 165 BROADWAY | | NEW YORK | NY | 10006-1404 | | BANK |
| SECURITIES & EXCHANGE COMMISSION | | 15TH & PENNSYLVANIA AVE NW | | WASHINGTON | DC | 20020 | | MASTER SERVICE LIST |
| SECURITIES & EXCHANGE COMMISSION | | 100 F ST NE | | WASHINGTON | DC | 20549 | | MASTER SERVICE LIST |
| SECURITIES & EXCHANGE COMMISSION | ALLEN MAIZA | NORTHEAST REGIONAL OFFICE | 3 WORLD FINANCIAL CTR RM 4300 | NEW YORK | NY | 10281 | | MASTER SERVICE LIST |
| SECURITIES & EXCHANGE COMMISSION | DANIEL M HAWKE | THE MELLON INDEPENDENCE CTR | 701 MARKET ST | PHILADELPHIA | PA | 19106-1532 | | MASTER SERVICE LIST |
| SHIPMAN & GOODWIN LLP | JULIE A MANNING | ONE CONSTITUION PLZ | | HARTFORD | CT | 06103-1919 | | MASTER SERVICE LIST |
| SIMPSON THACHER & BARTLETT LLP | ATTN MARK THOMPSON | 425 LEXINGTON AVE | | NEW YORK | NY | 10017 | | MASTER SERVICE LIST |
| SONNENSCHEIN NATH & ROSENTHAL LLP | PETER D WOLFSON & OSCAR N PINKAS | 1221 AVE OF THE AMERICAS | | NEW YORK | NY | 10020 | | MASTER SERVICE LIST |
| SOUTHWESTERN VA GAS COMPANY | | 208 LESTER ST | | MARTINSVILLE | VA | 24417-2821 | | UTILITY |
| STROOCK & STROOCK & LAVAN LLP | MARK SPEISER & SHERRY MILLMAN | 180 MAIDEN LN | | NEW YORK | NY | 10038-4982 | | MASTER SERVICE LIST |
| SULLIVAN & WORCESTER LLP | PAMELA SMITH HOLLEMAN | ONE POST OFFICE SQ | | BOSTON | MA | 02109 | | MASTER SERVICE LIST |
| SULLIVAN & WORCESTER LLP | ROBERT J GILLISPIE | 1290 AVE OF THE AMERICAS | | NEW YORK | NY | 10104 | | MASTER SERVICE LIST |
| SUN LIFE TRUSTEE | PAYING AGENT DONNA KUTCHCOSKI | SUN LIFE FINANCIAL 227 KING ST SOUTH | | WATERLOO | ON | N2J 4C5 | CANADA | MASTER SERVICE LIST |
| THE BANK OF NEW YORK MELLON | LARRY OBRIEN VICE PRESIDENT | 101 BARCLAY ST 8W | | NEW YORK | NY | 10286 | | MASTER SERVICE LIST |

In re: CIT Group, Inc., et al.
Case No.: 09-16565 (ALG)

3 of 4

11/23/2009
9:01 AM

| COMPANY | CONTACT | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PARTY TYPE |
|---|---|---|---|---|---|---|---|---|
| THE BANK OF NEW YORK MELLON TRUSTEE | GLOBAL CORPORATE TRUST | ABS CLIENT SERVICES | 101 BARCLAY ST 4W | NEW YORK | NY | 10286 | | MASTER SERVICE LIST |
| THE BANK OF NEW YORK TRUSTEE | | 101 BARCLAY ST FL 8W | | NEW YORK | NY | 10286 | | MASTER SERVICE LIST |
| THE BANK OF NEW YORK TRUSTEE | | 101 BARCLAY ST FL 8W | | NEW YORK | NY | 10286 | | MASTER SERVICE LIST |
| THE BANK OF NEW YORK TRUSTEE | | 101 BARCLAY ST | FL 8W | NEW YORK | NY | 10286 | | MASTER SERVICE LIST |
| THE BANK OF NEW YORK TRUSTEE | | 2 N LASALLE STE 1020 | | CHICAGO | IL | 60602 | | MASTER SERVICE LIST |
| THE DEPARTMENT OF LAW | CO ANDREW D MCCLANAHAN | PO BOX 196300 | METROPOLITAN COURTHOUSE STE 108 | NASHVILLE | TN | 37219-6300 | | MASTER SERVICE LIST |
| THE RESERVE FUND | | 1250 BROADWAY 32ND FL | | NEW YORK | NY | 10001-3701 | | BANK |
| TIMOTHY BENNET | | 132 OLD KINGS HWY | | WILTON | CT | 06897 | | MASTER SERVICE LIST |
| UBS FINANCIAL SERVICES INC | TOM WINTERS | 200 PARK AVE | | NEW YORK | NY | 10166 | | BANK |
| UNITED STATES ATTORNEY SOUTHERN DISTRICT OF NEW YORK | PREET BHARARA | 86 CHAMBERS ST | | NEW YORK | NY | 10007 | | MASTER SERVICE LIST |
| UNITED STATES ATTORNEY SOUTHERN DISTRICT OF NEW YORK | PREET BHARARA | 300 QUARROPAS ST | | WHITE PLAINS | NY | 10601 | | MASTER SERVICE LIST |
| UNITED STATES DEPARTMENT OF TREASURY | ATTN ASSISTANT GENERAL COUNSEL BANKING AND FINANCE | 1500 PENNSYVANIA AVE RM 2312 | | WASHINGTON | DC | 20220 | | MASTER SERVICE LIST |
| US ATTORNEY GENERAL US DEPARTMENT OF JUSTICE | MICHAEL MUKASEY | 950 PENNSYLVANIA AVE NW | | WASHINGTON | DC | 20530-0001 | | MASTER SERVICE LIST |
| US ATTORNEYS OFFICE | ELLEN W SLIGHTS | 1007 N ORANGE ST STE 700 | PO BOX 2046 | WILMINGTON | DE | 19899-2046 | | MASTER SERVICE LIST |
| VEDDER PRICE PC | MICHAEL J EDELMAN | 1633 BROADWAY 47TH FL | | NEW YORK | NY | 10019 | | MASTER SERVICE LIST |
| VEDDER PRICE PC | MICHAEL L SCHEIN | 1633 BROADWAY 47TH FL | | NEW YORK | NY | 10019 | | MASTER SERVICE LIST |
| VERIZON | | PO BOX 1100 | | ALBANY | NY | 12250-0001 | | UTILITY |
| VERIZON | | PO BOX 15124 | | ALBANY | NY | 12212-5124 | | UTILITY |
| VERIZON | | PO BOX 371873 | | PITTSBURGH | PA | 15250-7873 | | UTILITY |
| VERIZON | | PO BOX 382115 | | PITTSBURGH | PA | 15251-8115 | | UTILITY |
| VERIZON | | PO BOX 4833 | | TRENTON | NJ | 08650-4833 | | UTILITY |
| VERIZON | | PO BOX 660720 | | DALLAS | TX | 75266-0720 | | UTILITY |
| VERIZON | | PO BOX 70928 | | CHICAGO | IL | 60673-0928 | | UTILITY |
| VERIZON AUSTRALIA PTY LTD | | GPO BOX 5115 | | SYDNEY | NSW | 2001 A | AUSTRALIA | UTILITY |
| VERIZON CABS | | PO BOX 4832 | | TRENTON | NJ | 08650-4832 | | UTILITY |
| VERIZON DEUTSCHLAND GMBH | REGISTRATION NO HRB 14952 | SEBRATHWEG 20 | | DORTMUND | | 44149 | GERMANY | UTILITY |
| VERIZON IRELAND LTD | REGISTRATION NO 224334 | LOWER ERNE ST | | DUBLIN | 2 | | IRELAND | UTILITY |
| VERIZON NEDERLAND B V | REGISTRATION NO 34199467 | 1096 WENCKEBACHWEG 123 | | AMSTERDAM | | 01096 | NL | UTILITY |
| VERIZON SPAIN S L | | CALLE RUFINO GONZALEZ 4 | | MADRID | | 28037 | SPAIN | UTILITY |
| VERIZON SWEDEN AB | REGISTRATION NO 556489 1009 | ARMEGATAN 38 | BOX 4127 SE 171 04 | SOLNA | | | SWEEDEN | UTILITY |
| VERIZON UK LTD | REGISTRATION NO 2776038 | READING INTL BUSINESS PARK | BASINGSTOKE RD | READING | | RG2 6DA | UK | UTILITY |
| VERIZON UK LTD | REGISTRATION NO 2776038 | READING INTL BUSINESS PARK | | READING | | RG2 6DA | UK | UTILITY |
| VERIZON WIRELESS | | 1305 SOLUTIONS CTR | | CHICAGO | IL | 60677 | | UTILITY |
| VIRTELA COMMUNICATIONS | | 5680 GREENWOOD PLZ BLVD | STE 200 GREENWOOD | VILLAGE | CO | 80111 | | UTILITY |
| WACHOVIA | ATTN GENERAL COUNSEL | 301 S COLLEGE ST STE 4000 | | CHARLOTTE | NC | 28288-0013 | | BANK |
| WACHOVIA | GRAINNE PERGOLINI | 1339 CHESTNUT ST | | PHILADELPHIA | PA | 19107 | | BANK |
| WACHOVIA BANK NA | CRAIG BAREFOOT | 1 WEST FOURTH ST | MC NC 6251 | WINSTON SALEM | NC | 27101 | | MASTER SERVICE LIST |
| WEIL GOTSHAL & MANGES LLP | ATTN JOSEPH H SMOLINKSY & DAVID N GRIFFITHS | 767 FIFTH AVE | | NEW YORK | NY | 10153 | | MASTER SERVICE LIST |
| WELLS FARGO | ATTN GENERAL COUNSEL | 420 MONTGOMERY ST | | SAN FRANCISCO | CA | 94163 | | BANK |
| WELLS FARGO | RACHELLE GOUDE | 1300 SW FIFTH AVE | | PORTLAND | OR | 97208-3131 | | BANK |

In re: CIT Group, Inc., et al.
Case No.: 09-16565 (ALG)

4 of 4

11/23/2009
9:01 AM

# EXHIBIT B

**Exhibit B**
Email Service List

| COMPANY | CONTACT | EMAIL |
|---|---|---|
| AT&T CORP | ATTN JAMES W GRUDUS | jg5786@att.com |
| BANCO DE CREDITO FACILITY | ATTN SIMON DUQUE ROJAS & ANGELA MARIA JARAMILLO ARBELAEZ | Simon.duque@grupohelm.com<br>Angela.jaramillo@grupohelm.com |
| BANCOLUMBIA FACILITY | ATTN CARLOS EDUARDO PALACIOS RUEDA | cepalaci@bancolombia.com.co |
| BANCOLUMBIA FACILITY | ATTN HECTOR FELIPE ROJAS GUZMAN | frojas@bancolombia.com.co |
| BANK OF AMERICA NA ADMINISTRATIVE AND COLLATERAL AGENT | ATTN CHARLES GRABER | Charles.Graber@bankofamerica.com |
| BARTLETT HACKETT FEINBERG PC | ATTN FRANK F MCGINN | ffm@bostonbusinesslaw.com |
| BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM | ATTN OFFICE OF THE SECRETARY | lance.auer@ny.frb.org |
| CAHILL GORDON & REINDEL LLP | JOEL H LEVITIN & STEPHEN J GORDON | jlevitin@cahill.com<br>sgordon@cahill.com |
| DAVIS POLK & WARDWELL LLP | PETER SW LEVIN & TIMOTHY GRAULICH | peter.levin@davispolk.com<br>timothy.graulich@davispolk.com<br>molly.breyfogle@davispolk.com<br>joseph.hadley@davispolk.com<br>eli.vonnegut@davispolk.com |
| DAY PITNEY LLP | RONALD S BEACHER | rbeacher@daypitney.com |
| FULBRIGHT & JAWORSKI LLP | DAVID A ROSENZWEIG & MARK C HAUT | drosenzweig@fulbright.com<br>mhaut@fulbright.com |
| GEORGE ROSENBERG ESQ | | grosenberg@co.arapahoe.co.us<br>jholmgren@co.arapahoe.co.us |
| GIBSON DUNN & CRUTCHER LLP | MATTHEW J WILLIAMS, MATTHEW K KELSEY & ERIC WATERS | mjwilliams@gibsondunn.com<br>mkelsey@gibsondunn.com<br>ewaters@gibsondunn.com |
| HUGHES HUBBARD & REED LLP | MICHAEL LUSKIN & ERIC J FROMME | luskin@hugheshubbard.com<br>fromme@hugheshubbard.com |
| JEFFREY D SIMON | | jeffsimon@optonline.net<br>lamarsiello@gmail.com |
| KELLEY DRYE & WARREN LLP | DAVID E RETTER & JASON R ALDERSON | KDWBankruptcyDepartment@kelleydrye.com |
| KILPATRICK & ASSOCIATES PC | RICHARDO I KILPATRICK | ecf@kaalaw.com |
| LAW OFFICE OF PATRICIA WILLIAMS PREWITT | PATRICIA WILLIAMS PREWITT | pwp@pattiprewittlaw.com |
| LAW OFFICES OF ROBERT E LUNA PC | C/O ANDREA SHEEHAN ESQ | sheehan@txschoollaw.com |
| LAWRENCE A MARSIELLO | | lamarsiello@gmail.com |
| LAWRENCE A MARSIELLO | C/O FORD HARRISON LLP | szweig@fordharrison.com |
| LAZARUS & LAZARUS PC | ATTN HARLAN M LAZARUS ESQ | hmllaw@att.net |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | JOHN P DILLMAN | houston_bankruptcy@publicans.com |
| OFFICE OF THE UNITED STATES TRUSTEE | PAUL SCHWARTZBERG | Paul.Schwartzberg@usdoj.gov |
| PAUL WEISS RIFKIND WHARTON & GARRISON LLP | ANDREW N ROSENBERG SARAH HARNETT ARINA POPOVA & ALICE BELISLE EATON | arosenberg@paulweiss.com<br>sharnett@paulweiss.com<br>apopova@paulweiss.com<br>aeaton@paulweiss.com |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | C/O ELIZABETH BANDA | ebanda@pbfcm.com |
| POST & SCHELL PC | BRIAN W BISIGNANI | bbisignani@postschell.com |
| SECURITIES & EXCHANGE COMMISSION | ALLEN MAIZA | newyork@sec.gov |
| SHIPMAN & GOODWIN LLP | JULIE A MANNING | bankruptcy@goodwin.com |
| SIMPSON THACHER & BARTLETT LLP | ATTN MARK THOMPSON | mthompson@stblaw.com |
| SONNENSCHEIN NATH & ROSENTHAL LLP | PETER D WOLFSON & OSCAR N PINKAS | pwolfson@sonnenschein.com<br>opinkas@sonnenschein.com |
| STROOCK & STROOCK & LAVAN LLP | MARK SPEISER & SHERRY MILLMAN | mspeiser@stroock.com<br>smillman@stroock.com |
| SULLIVAN & WORCESTER LLP | PAMELA SMITH HOLLEMAN | pholleman@sandw.com |
| SULLIVAN & WORCESTER LLP | ROBERT J GILLISPIE | rgillispie@sandw.com |
| THE DEPARTMENT OF LAW | CO ANDREW D MCCLANAHAN | andrew.mcclanahan@nashville.gov |
| TIMOTHY BENNET | | Tbennet2@optonline.net |
| US ATTORNEYS OFFICE | ELLEN W SLIGHTS | usade.ecfbankruptcy@usdoj.gov |
| VEDDER PRICE PC | MICHAEL J EDELMAN | mjedelman@vedderprice.com |
| VEDDER PRICE PC | MICHAEL L SCHEIN | mschein@vedderprice.com |
| WACHOVIA BANK NA | CRAIG BAREFOOT | craig.barefoot@wachovia.com |
| WEIL GOTSHAL & MANGES LLP | ATTN JOSEPH H SMOLINKSY & DAVID N GRIFFITHS | joseph.smolinsky@weil.com<br>david.griffiths@weil.com |

# EXHIBIT C

**Exhibit C**
Served via Overnight Mail

| COMPANY | CONTACT | ADDRESS 1 | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| BNY MELLON SHAREOWNER SERVICES | KIERAN MCGOVERN & JEANNE SCHAFFER | 480 WASHINGTON BLVD | JERSEY CITY | NJ | 07310-0000 |
| THE BANK OF NEW YORK MELLON | LARRY OBRIEN | 101 BARCLAY ST 8W | NEW YORK | NY | 10286 |
| FANKLIN MUTUAL ADVISERS LLC | | 101 JOHN F KENNEDY PARKWAY | SHORT HILLS | NJ | 07078-2789 |
| BRANDES INVESTMENT PARTNERS LLP | | 11988 EL CAMINO REAL STE 500 | SAN DIEGO | CA | 92130 |

In re: CIT Group, Inc., et al.
Case No.: 09-16565 (ALG)

1 of 1

11/23/2009
9:00 AM