SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Gregg M. Galardi
J. Gregory St. Clair

Proposed Counsel for Debtors and
 Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :   Chapter 11
                                          :
CIT GROUP INC. and                        :   Case No. 09-16565 (ALG)
CIT GROUP FUNDING COMPANY                 :
OF DELAWARE LLC,                          :
                                          :
            Debtors.                      :   (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON DECEMBER 8, 2009**

Time and Date of Hearing:   December 8, 2009 at 11:00 a.m. (Eastern Standard Time)

Location of Hearing:        Judge Allan L. Gropper, Chambers Room 617 United States
                            Bankruptcy Court for the Southern District of New York,
                            Alexander Hamilton Custom House, One Bowling Green
                            New York, New York 10004-1408

Copies of Motions:          A copy of each of the documents listed below can be viewed on
                            the Court's website at www.ecf.nysb.uscourts.gov and at the CIT
                            Group Legal Information Website at
                            http://www.kccllc.net/citgroup.  You may also request copies by
                            emailing citgroup@kccllc.com.

**UNCONTESTED MATTERS GOING FORWARD**

1.  Debtors' Motion for Order Authorizing CIT Group Inc. to Assume Amended and Restated Long Term Incentive Program (Docket No. 138) (Date Filed: November 24, 2009)

    Response Deadline:    December 4, 2009 at 4:00 p.m.

    Responses Filed:      None.

    Status:               This matter is going forward.

2.  Motion of The Bank of New York Mellon for an Order Modifying the Automatic Stay and Authorizing the Release of Pledged Collateral (Docket No. 140) (Date Filed: November 25, 2009)

    Response Deadline:    December 4, 2009 at 4:00 p.m.

    Responses Filed:      None.

    Status:               The Debtors consent to the requested relief. This matter is going forward.

**CONTESTED MATTERS**

3.  Amended Offering Memorandum, Disclosure Statement and Solicitation of Acceptances of a Prepackaged Plan of Reorganization; Annex to the Disclosure Statement for Class 6; Annex to the Disclosure Statement for Class 10; Annex to the Disclosure Statement for Class 11; and the Second Amended Prepackaged Reorganization Plan of CIT Group Inc. and CIT Group Funding Company of Delaware LLC, dated October 23, 2009 (Docket No. 19) (Date Filed: November 2, 2009)

    Related Documents:
    a.  Debtors' Motion under 11 U.S.C. §§ 105, 341, 1125, 1126, and 1129 and Fed. R. Bankr. P. 2002, 3017, 3018, and 3020 (I) for Order (A) Scheduling Combined Hearing on Adequacy of Disclosure Statement and Confirmation of Plan, (B) Establishing Procedures for Objecting to Disclosure Statement and Plan, (C) Approving Form and Manner of Notice of Combined Hearing and (D) Waiving Requirement for Meetings of Creditors or Equity Security Holders, and (II) for Order (A) Approving Prepetition

| | |
|---|---|
| | Solicitation Procedures (B) Approving Adequacy of Disclosure Statement and (C) Confirming Plan Of Reorganization Docket No. 13) (Date Filed: November 1, 2009) |
| b. | Revised Summary of Plan and Notice of (I) Meeting Of Creditors; (II) Commencement of Chapter 11 Cases and (III) Combined Hearing on Disclosure Statement and Confirmation of Plan of Reorganization and Revised Proposed Order (A) Scheduling Combined Hearing on Adequacy of Disclosure Statement and Confirmation of Plan, (B) Establishing Procedures for Objecting to Disclosure Statement and Plan, (C) Approving Form and Manner of Notice of Combined Hearing, and (D) Waiving Requirement for Meetings of Creditors or Equity Security Holders (Docket No. 33) (Date Filed: November 3, 2009) |
| c. | Order (A) Scheduling Combined Hearing on Adequacy of Disclosure Statement and Confirmation of Plan, (B) Establishing Procedures for Objecting to Disclosure Statement and Plan, (C) Approving Form and Manner of Notice of Combined Hearing, and (D) Waiving Requirement for Meetings of Creditors or Equity Security Holders (Docket No. 45) (Date Entered: November 3, 2009) |
| d. | Revised Summary of Plan and Notice of (I) Meeting of Creditors; (II) Commencement of Chapter 11 Cases, (III) Combined Hearing on Disclosure Statement and Confirmation of Plan of Reorganization and (IV) Procedures for Recommending Individuals to Serve as Directors of Reorganized CIT Group Inc. (Docket No. 69) (Date Filed November 5, 2009) |
| e. | Affidavit of Publication of Combined Hearing on Disclosure Statement and Confirmation of Plan of Reorganization in the Wall Street Journal (Global Edition) (Docket No. 91) (Date Filed November 10, 2009) |
| f. | Declaration of Service of Financial Balloting Group LLC of Combined Hearing Notice Mailing to Holders of Publicly Traded Securities Issued by CIT Group Inc. and CIT Group Funding Company of Delaware LLC (Docket No. 111) (Date Filed: November 18, 2009) |
| g. | Notice of Filing of Modified Second Amended Prepackaged Reorganization Plan of CIT Group Inc. and CIT Group Funding Company Of Delaware LLC (Docket No. 143) (Date Filed: November 25, 2009) |
| h. | Notice of Filing of Proposed Confirmation Order (Docket No. 144) (Date Filed November 25, 2009) |
| i. | Notice of Filing of Plan Supplement (Docket No. 145) (Date |

Filed: November 25, 2009)

j. Notice of Filing of Page to Modified Second Amended Prepackaged Reorganization Plan of CIT Group Inc. and CIT Group Funding Company of Delaware LLC (Docket No. 152) (Date Filed: December 1, 2009)

k. Declaration of Service and Vote Certification of Financial Balloting Group LLC in Connection with the Second Amended Prepackaged Reorganization Plan of CIT Group Inc. and CIT Group Funding Company of Delaware LLC (Docket No. 157) (Date Filed: December 1, 2009)

l. Debtors' Letter Response to Objection to Prepackaged Petition Filed by Jeffrey Weinberg (Docket No. 164) (Date Filed: December 3, 2009)

Response Deadline: December 1, 2009 at 4:00 p.m.,
extended until December 3, 2009 at 4:00 p.m. for Bank of New York and its Successor Trustees,
extended until December 4, 2009 at 11:00 a.m. for Certain Holders of Canadian Senior Unsecured Notes,
extended until December 4, 2009 at 5:00 p.m. for the Securities Plaintiffs,
extended until December 4, 2009 at 5:00 p.m. for Citibank (China) Co., Ltd. Shanghai Branch.

Responses Filed:

a. Objection to Prepackaged Plan, by Jeffrey Weinberg (Docket No. 96) (Date Filed: November 5, 2009)

b. Motion to Dismiss Chapter 11 Reorganization Plan, by Chris Stovic (Docket No. 103) (Date Filed: November 12, 2009)

c. Letter Objection to Plan, by Robert Hollingsworth (Docket No. 149) (Date Filed: November 16, 2009)

d. Letter Objection to Plan, by Wilmer Jay Leininger (Docket No. 150) (Date Filed: November 16, 2009)

e. Letter Objection to Plan, by Spencer R. Lathrop (Docket No. 151) (Date Filed: November 20, 2009)

f. Letter Objection to Plan, by Felipe Fulgencio (Docket No. 153) (Date Filed: November 10, 2009)

g. Letter Objection to Plan, by Leland Black (Docket No. 154) (Date Filed: November 10, 2009)

h. Letter Objection to Plan, by Dmitri Maxim (Docket No. 155)

(Date Filed: November 10, 2009)

i. Letter Regarding Motion to Dismiss, by Chris Stovic (Docket No. 156) (Date Filed: November 17, 2009)

j. Letter Objection to Plan, by Bruce Vaughn (Dated as of November 20, 2009 and sent to CIT Group Inc., attention: Eric Mandelbaum) (not filed on docket)

k. Limited Objection and Reservation of Rights of Certain Holders of Canadian Senior Unsecured Notes to the Modified Second Amended Prepackaged Reorganization Plan of CIT Group Inc. and CIT Group Funding Company Of Delaware LLC, by Allan S. Brilliant on behalf of York Capital Management, Blackrock Financial Management, Inc., Redwood Capital Management, Monarch Alternative Capital LP, Mason Capital Management, Davidson Kempner Capital Management LLC, Caspian Capital Advisors LLC and Aurelius Capital Management, LP (Docket No. 163) (Date Filed: December 3, 2009)

Status: This matter is going forward.

Dated: New York, New York
December 4, 2009

    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: */s/ Gregg M. Galardi*
Gregg M. Galardi
J. Gregory St. Clair
Four Times Square
New York, New York 10036
(212) 735-3000

Proposed Counsel for Debtors and Debtors-in-Possession