Jonathan J. Wurfel
2300 Park Street
Rolling Meadows, IL 60008

November 28, 2009

Honorable Allan L. Gropper
One Bowling Green
New York, New York 10004



**rob'ber bar'on**, *n. 1. a U.S. capitalist of the late 19th century who became wealthy by ruthless and unethical means.* Random House Webster's College Dictionary (1997). New York: Random House.

Dear Honorable Allan L. Gropper,

    I have common stock in CIT Group Inc. I am writing because I feel all parties involved in CIT, before the pre-packaged bankruptcy, should be able to exit with CIT upon emergence from the bankruptcy. As a common shareholder, I believe I have been, and will be, neglected by other "superior" interests.

The "superior interests" have destroyed common shareholders. Their actions may have some merit, but, now are also, totally selfish and neglect the interests of "minority" parties. In total, common shareholders have lost tens of billions of dollars. Should common shareholders now serve as the final scapegoat for others' flaunty egos and suffer a total and complete loss? "Special, big" interests, have been effective in extorting CIT Group, Inc. through malicious behavior: Common shareholders have been derided into obsolescence.

I hope you can assign all parties tangible recovery upon emergence from bankruptcy.

In reality, I am asking for very little in terms of tangible recovery. But, conceivably, you will help strengthen the capitalist system, by jinxing the robber barons of the early 21st century and maintaining some equity for all they willfully, and arrogantly, cast off.

Thank you for your attention,

Sincerely,

*Jonathan J. Wurfel*

Jonathan J. Wurfel