SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Gregg M. Galardi
J. Gregory St. Clair

Proposed Counsel for Debtors and
 Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
In re: : Chapter 11
 : 
CIT GROUP INC. and : Case No. 09-16565 (ALG)
CIT GROUP FUNDING COMPANY :
OF DELAWARE LLC, :
 : 
         Debtors. : (Jointly Administered)
 : 
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF (I) CONFIRMATION OF MODIFIED SECOND AMENDED PREPACKAGED REORGANIZATION PLAN OF CIT GROUP INC. AND CIT GROUP FUNDING COMPANY OF DELAWARE LLC UNDER CHAPTER 11 OF THE BANKRUPTCY CODE, (II) THE OCCURRENCE OF THE EFFECTIVE DATE AND (III) DEADLINE FOR FILING APPLICATIONS FOR PROFESSIONAL FEES**

        **PLEASE TAKE NOTICE** that on December 8, 2009, this Court entered the Findings of Fact, Conclusions of Law and Order (I) Approving (A) the Debtors' Disclosure Statement Pursuant to Sections 1125 and 1126(c) of the Bankruptcy Code, (B) Solicitation of Votes and Voting Procedures, and (C) Forms of Ballots, and (II) Confirming the Modified Second Amended Prepackaged Reorganization Plan of CIT Group and CIT Group Funding Company of Delaware LLC (the "Confirmation Order") [Docket No. 193] in the chapter 11 cases of the above-captioned debtors and debtors in possession (the "Debtors"). Pursuant to the Confirmation Order, this Court confirmed the Modified Second Amended Prepackaged Reorganization Plan of CIT Group and CIT Group Funding Company of Delaware LLC (the

"Plan")[1], which confirmed Plan was filed with the Court on December 10, 2009 [Docket No. 197].

**PLEASE TAKE NOTICE** that on December 10, 2009, the Effective Date under the Plan occurred.

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to the Confirmation Order, each professional person or firm retained by order of the Court or requesting compensation in the Chapter 11 Cases pursuant to sections 327, 328, 330, 331, 503(b) or 1103 of the Bankruptcy Code, other than professionals that the Debtor is authorized to pay in the ordinary course of business, must file and serve an application for an allowance of final compensation and reimbursement of expenses incurred through the Effective Date no later than February 8, 2010.

**PLEASE TAKE FURTHER NOTICE** that copies of the pleadings filed in these chapter 11 cases can be obtained by using the Bankruptcy Court's electronic case filing system at www.nysb.uscourts.gov using a PACER password (to obtain a PACER password, go to the PACER website, http://pacer.psc.uscourts.gov) or on the website maintained by the Debtors' proposed claims agent at http://www.kccllc.net/citgroup.

Dated: New York, New York
December 10, 2009

        SKADDEN, ARPS, SLATE, MEAGHER
         & FLOM LLP

By:    */s/ Gregg M. Galardi*
      Gregg M. Galardi
      J. Gregory St. Clair
      Four Times Square
      New York, New York 10036
      (212) 735-3000

      Proposed Counsel for Debtors and
      Debtors-in-Possession

---

[1] Capitalized terms used but not defined herein shall have the same meanings ascribed to them in the Plan.