SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Gregg M. Galardi
J. Gregory St. Clair

Proposed Counsel for Debtors and
 Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
In re:                                      :   Chapter 11
                                            :
CIT GROUP INC. and                          :   Case No. 09-16565 (ALG)
CIT GROUP FUNDING COMPANY                   :
OF DELAWARE LLC,                            :
                                            :
              Debtors.                      :   (Jointly Administered)
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON DECEMBER 21, 2009

Time and Date of Hearing:    December 21, 2009 at 11:00 a.m. (Eastern Standard Time)

Location of Hearing:         Judge Allan L. Gropper, Chambers Room 617 United States
                             Bankruptcy Court for the Southern District of New York,
                             Alexander Hamilton Custom House, One Bowling Green
                             New York, New York 10004-1408

Copies of Motions:           A copy of each of the documents listed below can be viewed on
                             the Court's website at www.ecf.nysb.uscourts.gov and at the CIT
                             Group Legal Information Website at
                             http://www.kccllc.net/citgroup.  You may also request copies by
                             emailing citgroup@kccllc.com.

**UNCONTESTED MATTERS GOING FORWARD**

1.  Debtors' Application for Order Under 11 U.S.C. §§ 327(a) and 329, Fed. R. Bankr. P. 2014 and 2016, and Local Bankr. R. 2014-1 and 2016-1 Authorizing Employment and Retention of Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates as Bankruptcy Counsel *Nunc Pro Tunc* to the Petition Date (Docket No. 139) (Date Filed: November 25, 2009)

    Response Deadline:   December 14, 2009 at 4:00 PM.

    Responses Filed:     None.

    Status:              This matter is going forward.

2.  Application of the Debtors for Order Under 11 U.S.C. §§ 327(a) and 328(a), Fed. R. Bankr. P. 2014 and 2016 and Local Bankr. R. 2014-1 Authorizing Employment and Retention of FTI Consulting, Inc. as Financial Advisors to the Debtors and Debtors-in-Possession *Nunc Pro Tunc* to the Petition Date (Docket No. 171) (Date Filed: December 4, 2009)

    Response Deadline:   December 17, 2009 at 4:00 PM.

    Responses Filed:     None.

    Status:              This matter is going forward.

Dated: New York, New York
       December 17, 2009

                               SKADDEN, ARPS, SLATE, MEAGHER
                                & FLOM LLP

                               By:    */s/ Gregg M. Galardi*
                                      Gregg M. Galardi
                                      J. Gregory St. Clair
                                      Four Times Square
                                      New York, New York 10036
                                      (212) 735-3000

                                      Proposed Counsel for Debtors and
                                       Debtors-in-Possession