UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
                                   :
In re:                             :   Chapter 11
                                   :
CIT GROUP INC. and                 :   Case No. 09-16565 (ALG)
CIT GROUP FUNDING COMPANY          :
OF DELAWARE LLC,                   :
                                   :   (Jointly Administered)
                Debtors.           :
                                   :
---------------------------------- X

### AFFIDAVIT OF SERVICE

I, Ricardo Tejeda Romero, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On December 27, 2013, I caused to be served the document listed below upon the parties listed on Exhibit A and Exhibit B attached hereto via First Class mail; and upon the parties listed on Exhibit C attached hereto via Electronic mail:

- **Final Decree Pursuant to Bankruptcy Code Sections 105(a) and 350(a) and Bankruptcy Rule 3022 Closing Chapter 11 Case** [Docket No. 313]

Dated: December 27, 2013

_____
Ricardo Tejeda Romero

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 27th day of December, 2013, by Ricardo Tejeda Romero, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

[Notary seal: LYDIA PASTOR NINO, Commission # 1960751, Notary Public - California, Los Angeles County, My Comm. Expires Nov 18, 2015]

# Exhibit A

# Exhibit A
Core 2002 List

| PARTY DESCRIPTION | CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 11 WEST 42 REALTY INVESTORS LLC | 11 W 42 REALTY INVESTORS LLC | CO TISHMAN SPEYER PROPERTIES LP | 11 W 42ND ST | ATTN PAM PARASUG | NEW YORK | NY | 10036 | |
| TOP 75 UNSECURED CREDITORS | ABN AMRO BANK ECA | | 250 BISHOPSGATE | | LONDON | | EC2M 4AA | ENGLAND |
| TOP 75 UNSECURED CREDITORS | ADECCO USA INC | | 175 BROAD HOLLOW RD | | MELVILLE | NY | 11747 | |
| COUNSEL TO MARICOPA COUNTY | AIKEN SCHENK HAWKINS & RICCIARDI PC | BARBARA LEE CALDWELL | 4742 N 24TH ST STE 100 | | PHOENIX | AZ | 85016-4859 | |
| COUNSEL TO AT&T CORP | AT & T CORP | ATTN JAMES W GRUDUS | LAW GROUP COUNSEL | ONE AT&T WAY RM 3A218 | BEDMINSTER | NJ | 07921 | |
| ATTORNEY GENERAL OF THE STATE OF NEW YORK | ATTORNEY GENERAL OF THE STATE OF NEW YORK | ANDREW M CUOMO | 120 BROADWAY 24TH FL | ATTN NEAL S MANN | NEW YORK | NY | 10271 | |
| TOP 75 UNSECURED CREDITORS | AUSTRALIAN SR UNSECURED NOTES | | 20 BRIDGE STREETPO BOX H224 | AUSTRALIA SQUARE NSW 1215 | SYDNEY | NSW | 02000 | AUSTRALIA |
| TOP 75 UNSECURED CREDITORS | AUSTRALIAN SR UNSECURED NOTES | ATTN NOTES TRUSTEE | LEVEL 22 | 207 KENT ST | SYDNEY | NSW | 02000 | AUSTRALIA |
| TOP 75 UNSECURED CREDITORS | BANCO DE CREDITO FACILITY | ATTN SIMON DUQUE ROJAS & ANGELA MARIA JARAMILLO ARBELAEZ | CARRERA 7 NO 27 18 | PISO 4 | BOGOTA | | | COLOMBIA |
| TOP 75 UNSECURED CREDITORS | BANCOLUMBIA FACILITY | ATTN CARLOS EDUARDO PALACIOS RUEDA | CALLE 31 6 39 | PISO 9 | BOGOTA | | | COLOMBIA |
| TOP 75 UNSECURED CREDITORS | BANCOLUMBIA FACILITY | ATTN HECTOR FELIPE ROJAS GUZMAN | CALLE 30 A 6 38 | PISO 7 | BOGOTA | | | COLOMBIA |
| TOP 75 UNSECURED CREDITORS | BANK OF AMERICA NA ADMINISTRATIVE AND COLLATERAL AGENT | ATTN CHARLES GRABER | 1455 MARKET ST 5TH FL | CA5 701 05 19 | SAN FRANCISCO | CA | 94103 | |
| TOP 75 UNSECURED CREDITORS | BANK OF AMERICA NA ADMINISTRATIVE AND COLLATERAL AGENT | ATTN RICHARD PILAND | TX1 492 14 11 | 901 MAIN ST | DALLAS | TX | 75202-3714 | |
| COUNSEL FOR IRON MOUNTAIN INFORMATION MANAGEMENT INC | BARTLETT HACKETT FEINBERG PC | ATTN FRANK F MCGINN | 155 FEDERAL ST 9TH FL | | BOSTON | MA | 02110 | |
| GOVERNMENT AGENCY - FEDERAL RESERVE | BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM | ATTN OFFICE OF THE SECRETARY | 20TH & CONSTITUTION AVE NW | | WASHINGTON | DC | 20551-0001 | |
| TOP 75 UNSECURED CREDITORS | BUCK CONSULTANTS LLC | | ONE NORTH DEARBORN | STE 1400 | CHICAGO | IL | 60602-4336 | |
| INTERESTED PARTY BANK OF AMERICA NA | CAHILL GORDON & REINDEL LLP | JOEL H LEVIN | EIGHTY PINE ST | | NEW YORK | NY | 10005-1702 | |
| COUNSEL TO BANK OF AMERICA NA | CAHILL GORDON & REINDEL LLP | JOEL H LEVITIN & STEPHEN J GORDON | EIGHTY PINE ST | | NEW YORK | NY | 10005 | |
| TOP 75 UNSECURED CREDITORS | CITIBANK CHINA CO LTD SHANGHAI BRANCH | ATTN ALPHA WANG | 34F CITIGROUP TOWER NO 33 HUA YUAN QIAO RD | LU JIA ZUI FINANCE AND TRADE ZONE | SHANGHAI | | 200120 | CHINA |
| TOP 75 UNSECURED CREDITORS | CITIBANK NA ADMINISTRATIVE AGENT | ANNEMARIE PAVCO | 2 PENNS WAY STE 200 | | NEWCASTLE | DE | 19720 | |
| COUNSEL TO PENSIOENFONDS HORECA & CATERING | COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP | PATRICK W DANIELS TOR GRONBORG & JENNIFER Y LAI | 655 W BROADWAY STE 1900 | | SAN DIEGO | CA | 92101 | |
| COUNSEL TO PENSIOENFONDS HORECA & CATERING | COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP | SAMUEL H RUDMAN DAVID A ROSENFELD & MARIO ALBA | 58 S SERVICE RD STE 200 | | MELVILLE | NY | 11747 | |
| COUNSEL TO BANK OF AMERICA NA AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT UNDER THE SENIOR CREDIT FACILITY; COUNSEL TO BANK OF AMERICA AS L.C ISSUER | DAVIS POLK & WARDWELL LLP | PETER SW LEVIN & TIMOTHY GRAULICH | 450 LEXINGTON AVE | | NEW YORK | NY | 10017 | |
| COUNSEL TO BANK OF AMERICA NA | DAVIS POLK & WARDWELL LLP | TIMOTHY E GRAULICH | 450 LEXINGTON AVE | | NEW YORK | NY | 10017 | |
| COUNSEL TO FIFTH THIRD BANK AND THE FIFTH THIRD LEASING COMPANY INC | DAY PITNEY LLP | RONALD S BEACHER | 7 TIMES SQ | | NEW YORK | NY | 10036 | |
| GOVERNMENT AGENCY - DOJ/SEC | DELAWARE DEPT OF JUSTICE | ATTN BANKRUPTCY DEPT | DIV OF SECURITIES | 820 N FRENCH ST 5TH FL | WILMINGTON | DE | 19801 | |
| GOVERNMENT AGENCY - SECRETARY OF THE TREASURY | DELAWARE SECRETARY OF THE TREASURY | | PO BOX 7040 | | DOVER | DE | 19903 | |
| COUNSEL TO BANK OF NEW YORK MELLON | EMMET MARVIN & MARTIN LLP | ATTN EDWARD P ZUJKOWSKI | 120 BROADWAY | | NEW YORK | NY | 10271 | |
| COUNSEL TO ONEWEST | FEIN SUCH & CRANE LLP | MARK K BROYLES | 28 E MAIN ST STE 1800 | | ROCHESTER | NY | 14614 | |
| AGENT OF BONDHOLDERS | FIDELITY INVESTMENTS | CHRIS MOLLE | 82 DEVONSHIRE ST | | BOSTON | MA | 02009-0000 | |
| COUNSEL TO AT&T CORP | FULBRIGHT & JAWORSKI LLP | DAVID A ROSENZWEIG & MARK C HAUT | 666 FIFTH AVE | | NEW YORK | NY | 10103 | |
| COUNSEL TO GARLAND ISD TAX ASSESSOR/COLLECTOR | GAY McCALL ISAACKS GORDON & ROBERTS PC | DAVID B MCCALL | 777 E 15 TH | | PLANO | TX | 75074 | |
| COUNSEL TO ARAPAHOE COUNTY TREASURER | GEORGE ROSENBERG ESQ | | 5334 S PRINCE ST | | LITTLETON | CO | 80166 | |
| COUNSEL TO STANDARD & POOR'S | GIBBONS PC | ATTN DAVID N CRAPO | ONE GATEWAY CTR | | NEWARK | NJ | 07102-5310 | |
| COUNSEL TO WILMINGTON TRUST COMPANY | GIBSON DUNN & CRUTCHER LLP | MATTHEW J WILLIAMS MATTHEW K KELSEY & ERIC WATERS | 200 PARK AVE | | NEW YORK | NY | 10166-0193 | |
| TOP 75 UNSECURED CREDITORS | GOLDMAN SACHS SWAP AGREEMENT | GOLDMAN SACHS INTERNATIONAL | ATTN CREDIT DERIVATIVES MIDDLE OFFICE | 85 BROAD ST | NEW YORK | NY | 10004 | |

**Exhibit A**
Core 2002 List

| PARTY DESCRIPTION | CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| COUNSEL TO 11 WEST 42 REALTY INVESTORS LLC | GREENBERG TRAURIG LLP | ATTN DANIEL J ANSELL & HEATH B KUSHNICK | 200 PARK AVE | | NEW YORK | NY | 10166 | |
| COUNSEL TO HAYNSWORTH SINKLER BOYD PA | HAYNSWORTH SINKLER BOYD PA | WILLIAM H SHORT JR & TARA E NAUFUL | PO BOX 11889 | | COLUMBIA | SC | 29211-1889 | |
| COUNSEL TO M&T CREDIT SERVICES, LLC | HUGHES HUBBARD & REED LLP | MICHAEL LUSKIN & ERIC J FROMME | ONE BATTERY PARK PLZ | | NEW YORK | NY | 10004-1482 | |
| INTERNATIONAL BUSINESS NACHINES CREDIT LLC | IBM CORPORATION | ATTN VICKY NAMKEN | 13800 DIPLOMAT DR | | DALLAS | TX | 75234 | |
| INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATIONS | 11601 ROOSEVELT BLVD | MAIL DROP N781 | PHILADELPHIA | PA | 19255 | |
| INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATIONS | PO BOX 21126 | | PHILADELPHIA | PA | 19114-0326 | |
| TOP 75 UNSECURED CREDITORS | JEFFREY D SIMON | | 190 KNIGHTSBRIDGE RD | | WATCHUNG | NJ | 07069 | |
| CREDITOR | JEFFREY L CHANEY | | 4245 NW 16TH TER | | GAINESVILLE | FL | 32605-1954 | |
| TOP 75 UNSECURED CREDITORS | JPMORGAN CHASE BANK NATIONAL ASSOCIATION | ATTN LEGAL DEPARTMENT DERIVATIVES PRACTICE GROUP | 270 PARK AVE | 41ST FL | NEW YORK | NY | 10017-2070 | |
| COUNSEL TO WACHOVIA FINANCIAL SERVICES INC | K & L GATES LLP | J MICHAEL BOOE | 214 N TRYON ST STE 4700 | THE HEARST TOWER | CHARLOTTE | NC | 28202 | |
| COUNSEL TO WACHOVIA FINANCIAL SERVICES INC | K & L GATES LLP | LAWRENCE E BEHNING | 214 N TRYON ST STE 4700 | THE HEARST TOWER | CHARLOTTE | NC | 28202 | |
| COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NEW YORK | KELLEY DRYE & WARREN LLP | DAVID E RETTER & JASON R ALDERSON | 101 PARK AVE | | NEW YORK | NY | 10178 | |
| COUNSEL TO OAKLAND COUNTY TREASURER | KILPATRICK & ASSOCIATES PC | RICHARDO I KILPATRICK | 903 NORTH OPDYKE RD STE C | | AUBURN HILLS | MI | 48326 | |
| COUNSEL TO WAYNE COUNTY TREASURER | KILPATRICK & ASSOCIATES PC | RICHARDO I KILPATRICK | 615 GRISWOLD STE 1004 | | DETROIT | MI | 48226-3985 | |
| COUNSEL TO TARGA MIDSTREAM SERVICE LIMITED PARTNERSHIP | LAW OFFICE OF PATRICIA WILLIAMS PREWITT | PATRICIA WILLIAMS PREWITT | 412 E WASHINGTON AVE | | NAVASOTA | TX | 77868 | |
| COUNSEL TO CARROLLTON-FARMERS BRANCH ISD AND LEWISVILLE ISD | LAW OFFICES OF ROBERT E LUNA PC | C/O ANDREA SHEEHAN ESQ | 4411 N CENTRAL EXPRESSWAY | | DALLAS | TX | 75205 | |
| TOP 75 UNSECURED CREDITORS | LAWRENCE A MARSIELLO | | 76 SHORE RD | | COLD SPRING HARBOR | NY | 11724 | |
| TOP 75 UNSECURED CREDITORS | LAWRENCE A MARSIELLO | C/O FORD HARRISON LLP | ATTN STEPHEN E ZWEIG | 100 PARK AVE STE 2500 | NEW YORK | NY | 10017-5536 | |
| COUNSEL TO NINA FOOTWEAR CORP | LAZARUS & LAZARUS PC | ATTN HARLAN M LAZARUS ESQ | 240 MADISON AVE 8TH FL | | NEW YORK | NY | 10016 | |
| COUNSEL TO JEFFERSON COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON LLP | CLAYTON E MAYFIELD | 1148 PARK ST | | BEAUMONT | TX | 77701-3614 | |
| COUNSEL TO BEXAR COUNTY, JUDSON ISD & CITY OF EL PASO | LINEBARGER GOGGAN BLAIR & SAMPSON LLP | DAVID G AELVOET | TRAVIS BLDG 711 NAVARRO STE 300 | | SAN ANTONIO | TX | 78205 | |
| COUNSEL TO SAN PATRICIO COUNTY & NUECES COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON LLP | DIANE W SANDER | 1949 SOUTH I H 35 | PO BOX 17428 | AUSTIN | TX | 78760 | |
| COUNSEL TO BROWN CAD, KAUFMAN COUNTY, HUNT COUNTY, DESOTO ISD, ELLIS COUNTY, GRAYSON COUNTY, CITY OF FRISCO, CITY OF RICHARDSON, DALLAS COUNTY, COPPELL ISD, CITY OF COPPELL, AND TARRANT COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ELIZABETH WELLLER | 2323 BRYAN ST STE 1600 | | DALLAS | TX | 75201 | |
| COUNSEL TO FORT BEND COUNTY, MONTGOMERY COUNTY, ORANGE COUNTY, GALVESTON COUNTY, LIBERTY COUNTY, POLK COUNTY, HARRIS COUNTY, KATY ISD & CYPRESS-FAIRBANKS ISD | LINEBARGER GOGGAN BLAIR & SAMPSON LLP | JOHN P DILLMAN | PO BOX 3064 | | HOUSTON | TX | 77253-3064 | |
| COUNSEL TO PENSIOENFONDS HORECA & CATERING | LOWENSTEIN SANDLER PC | MICHAEL S ETKIN & S JASON TEELE | 1251 AVE OF THE AMERICAS 18TH FL | | NEW YORK | NY | 10022 | |
| COUNSEL TO PENSIOENFONDS HORECA & CATERING | LOWENSTEIN SANDLER PC | MICHAEL S ETKIN & S JASON TEELE | 65 LIVINGSTON AVE | | ROSELAND | NJ | 07068 | |
| TOP 75 UNSECURED CREDITORS | MARKIT WSO CORPORATION | | 13455 NOEL RD STE 1100 | LB NO 22 | DALLAS | TX | 75240 | |
| COUNSEL TO AMERICA'S SERVICING COMPANY | MCCALLA RAYMER LLC | MICHELLE SMITH | 1544 OLD ALABAMA RD | | ROSEWELL | GA | 30076-2102 | |
| COUNSEL TO COUNTY OF COMAL | MCCREARY VESELKA BRAGG & ALLEN PC | MICHAEL COMAL | PO BOX 1269 | | ROUND ROCK | TX | 78680 | |
| TOP 75 UNSECURED CREDITORS | MERCER HUMAN RESOURCE CONSULTING INC | | 44 WHIPPANY RD | | MORRISTOWN | NJ | 07962 | |
| TOP 75 UNSECURED CREDITORS | MINDTREE CONSULTING LIMITED | | 15 INDEPENDENCE BLVD | NO 410 | WARREN | NJ | 07059 | |

Exhibit A
Core 2002 List

| PARTY DESCRIPTION | CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| COUNSEL TO CIT EXECUTIVES- TOM BLOCH, JOHNNY D. BURR, JOSEPH DEHLER, JAMES J. EGAN, JR., GEORGE FINGUERRA, ALBERT GAMPER, THOMAS HALLMAN, THOMAS JOHNSON, ROY W. KELLER, JR., LAWRENCE A. MARSIELLO, ROBERT J. MERRITT, SUSAN MITCHELL, WILLIAM O'GRADY, THOMAS O'ROURKE, JOSEPH POLLICINO, RICHARD V. ROMER, PAUL SCHARPF, JEFFREY D. SIMON, ERNEST STEIN, WILLIAM TAYLOR, AND NIKITA ZDANOW. | MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO PC | STUART HIRSHFIELD | 666 THIRD AVE | | NEW YORK | NY | 01001 | |
| TOP 75 UNSECURED CREDITORS | MIZUHO CORPORATE BANK LTD TRUSTEE | | 1251 AVE OF THE AMERICAS | | NEW YORK | NY | 10020 | |
| UNITED STATES TRUSTEE - SOUTHERN DISTRICT OF NEW YORK | OFFICE OF THE UNITED STATES TRUSTEE | PAUL SCHWARTZBERG | 33 WHITEHALL ST 21ST FL | | NEW YORK | NY | 10004 | |
| COUNSEL TO THE LENDER STEERING COMMITTEE | PAUL WEISS RIFKIND WHARTON & GARRISON LLP | ANDREW N ROSENBERG SARAH HARNETT ARINA POPOVA & ALICE BELISLE EATON | 1285 AVE OF THE AMERICAS | | NEW YORK | NY | 10019-6064 | |
| CAPITAL RESEARCH AND MANAGEMENT COMPANY AND AFFILIATES | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ANDREW R ROSENBERG & ALICE BELISLE EATON | 1285 AVE OF THE AMERICAS | | NEW YORK | NY | 10019-6064 | |
| COUNSEL TO CITY OF BURLESON, BURLESON ISD, HILL COUNTY JC, JOHNSON COUNTY, CITY OF CLEBURNE, CLEBURNE ISD, JOSHUA ISD, GRANDVIEW ISD, ALVARADO ISD, GODLEY ISD, CITY OF JOSHUA, CITY OF ALVARADO, CITY OF GODLEY, CITY OF GRANDVIEW, RIO VISTA ISD, VENUS ISD CITY OF AZLE, CITY OF BENBROOK, CARROLL ISD CASTLEBERRY ISD, CROWLEY ISD, EAGLE MNT-SAGINAW ISD, ARLINGTON ISD, CITY OF HASLET, CITY OF HURST, CITY OF LAKE WORTH MANSFIELD ISD, CITY OF RICHLAND HILLS, CITY OF WATAUGA, RICHARDSON ISD CITY OF UNIVERSITY PARK TOWN OF HIGHLAND PARK DALLAS COUNTY UTILITY & RECLAMATION DISTRICT VALWOOD IMPROVEMENT AUTHORITY | PERDUE BRANDON FIELDER COLLINS & MOTT LLP | C/O ELIZABETH BANDA | PO BOX 13430 | | ARLINGTON | TX | 76094-0430 | |
| COUNSEL TO BURLESON COUNTY, CAMERON ISD, CITY OF HIDALGO, CITY OF PHARR COLORADO COUNTY, DRIPPING SPRINGS ISD, FAYETTE COUNTY, HIDALGO COUNTY, HIDALGO ISD, KARNES COUNTY, LA JOYA ISD, LULING ISD, MCALLEN ISD, SAN JACINTO COUNTY AND WIMBERLEY ISD | PERDUE BRANDON FIELDER COLLINS & MOTT LLP | CO JOHN T BANKS | 3301 NORTHLAND DR STE 505 | | AUSTIN | TX | 78731 | |
| COUNSEL TO AON CONSULTING | POST & SCHELL PC | BRIAN W BISIGNANI | 17 NORTH 2ND ST 12TH FL | | HARRISBURG | PA | 17101 | |
| TOP 75 UNSECURED CREDITORS | PRUDENTIAL INSURANCE OF AMERICA | | ONE CORPORATE DR | | SHELTON | CT | 06484 | |
| TOP 75 UNSECURED CREDITORS | RESOURCES GLOBAL PROFESSIONALS CORP | | 1000 WILSHIRE BLVD | STE 500 | LOS ANGELES | CA | 90017-2472 | |
| RONALD DEAN DAVIS NOTE HOLDER AND PARTY IN INTEREST | RONALD DEAN DAVIS | | 4014 S135th EAST AVE | | TULSA | OK | 74134-5612 | |
| SAN DIEGO COUNTY TREASURER TAX COLLECTOR | SAN DIEGO COUNTY TREASURER TAX COLLECTOR | DAN MCALLISTER | 1600 PACIFIC HWY RM 162 | | SAN DIEGO | CA | 92101 | |
| SANDRA EARLENE DAVIS NOTE HOLDER AND PARTY IN INTEREST | SANDRA EARLENE DAVIS | | 4014 S135th EAST AVE | | TULSA | OK | 74134-5612 | |
| GOVERNMENT AGENCY - SEC | SECURITIES & EXCHANGE COMMISSION | | 100 F ST NE | | WASHINGTON | DC | 20549 | |
| GOVERNMENT AGENCY - SEC | SECURITIES & EXCHANGE COMMISSION | | 15TH & PENNSYLVANIA AVE NW | | WASHINGTON | DC | 20020 | |
| GOVERNMENT AGENCY - SEC | SECURITIES & EXCHANGE COMMISSION | ALLEN MAIZA | NORTHEAST REGIONAL OFFICE | 3 WORLD FINANCIAL CTR RM 4300 | NEW YORK | NY | 10281 | |
| GOVERNMENT AGENCY - SEC | SECURITIES & EXCHANGE COMMISSION | DANIEL M HAWKE | THE MELLON INDEPENDENCE CTR | 701 MARKET ST | PHILADELPHIA | PA | 19106-1532 | |
| SPECIAL COUNSEL FOR REORGANIZED DEBTOR CIT GROUP INC. | SIDLEY AUSTIN LLP | LEE S ATTANASIO & JOHN G HUTCHINSON | 787 SEVENTH AVE | | NEW YORK | NY | 10019 | |
| COUNSEL TO JPMORGAN CHASE BANK NA | SIMPSON THACHER & BARTLETT LLP | ATTN MARK THOMPSON | 425 LEXINGTON AVE | | NEW YORK | NY | 10017 | |

Exhibit A
Core 2002 List

| PARTY DESCRIPTION | CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| COUNSEL TO ICAHNPARTNERS LP, ICAHN PARTNERS MASTER FUND, LP, ICAHN PARTNERS MASTER FUND II LP, ICAHN PARTNERS MASTER FUND III LP, HIGH RIVER LIMITED PARTNERSHIP | SONNENSCHEIN NATH & ROSENTHAL LLP | PETER D WOLFSON & OSCAR N PINKAS | 1221 AVE OF THE AMERICAS | | NEW YORK | NY | 10020 | |
| COUNSEL TO MIZUHO CORPORATE BANK LTD | STROOCK & STROOCK & LAVAN LLP | MARK SPEISER & SHERRY MILLMAN | 180 MAIDEN LN | | NEW YORK | NY | 10038-4982 | |
| COUNSEL TO REGIONS EQUIPMENT FINANCE LTD | SULLIVAN & WORCESTER LLP | PAMELA SMITH HOLLEMAN | ONE POST OFFICE SQ | | BOSTON | MA | 02109 | |
| COUNSEL TO REGIONS EQUIPMENT FINANCE LTD | SULLIVAN & WORCESTER LLP | ROBERT J GILLISPIE | 1290 AVE OF THE AMERICAS | | NEW YORK | NY | 10104 | |
| TOP 75 UNSECURED CREDITORS | SUN LIFE TRUSTEE | PAYING AGENT DONNA KUTCHCOSKI | SUN LIFE FINANCIAL 227 KING ST SOUTH | | WATERLOO | ON | N2J 4C5 | CANADA |
| CREDITOR | TENNESSEE DEPARTMENT OF REVENUE | C OTN ATTORNEY GENERALS OFFICE BANKRUPTCY DIVISION | PO BOX 20207 | | NASHVILLE | TN | 37202-0207 | |
| TOP 75 UNSECURED CREDITORS | THE BANK OF NEW YORK MELLON | LARRY OBRIEN VICE PRESIDENT | 101 BARCLAY ST 8W | | NEW YORK | NY | 10286 | |
| TOP 75 UNSECURED CREDITORS | THE BANK OF NEW YORK MELLON TRUSTEE | GLOBAL CORPORATE TRUST | ABS CLIENT SERVICES | 101 BARCLAY ST 4W | NEW YORK | NY | 10286 | |
| TOP 75 UNSECURED CREDITORS | THE BANK OF NEW YORK TRUSTEE | | 2 N LASALLE STE 1020 | | CHICAGO | IL | 60602 | |
| TOP 75 UNSECURED CREDITORS | THE BANK OF NEW YORK TRUSTEE | | 101 BARCLAY ST FL 8W | | NEW YORK | NY | 10286 | |
| COUNSEL TO THE METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY TENNESSEE | THE DEPARTMENT OF LAW | CO ANDREW D MCCLANAHAN | PO BOX 196300 | METROPOLITAN COURTHOUSE STE 108 | NASHVILLE | TN | 37219-6300 | |
| TOP 75 UNSECURED CREDITORS | TIMOTHY BENNET | | 132 OLD KINGS HWY | | WILTON | CT | 06897 | |
| US ATTORNEY SOUTHERN DISTRICT OF NEW YORK | UNITED STATES ATTORNEY SOUTHERN DISTRICT OF NEW YORK | PREET BHARARA | 86 CHAMBERS ST | | NEW YORK | NY | 10007 | |
| US ATTORNEY SOUTHERN DISTRICT OF NEW YORK | UNITED STATES ATTORNEY SOUTHERN DISTRICT OF NEW YORK | PREET BHARARA | 300 QUARROPAS ST | | WHITE PLAINS | NY | 10601 | |
| GOVERNMENT AGENCY - US DEPT OF TREASURY | UNITED STATES DEPARTMENT OF TREASURY | ATTN ASSISTANT GENERAL COUNSEL BANKING AND FINANCE | 1500 PENNSYVANIA AVE RM 2312 | | WASHINGTON | DC | 20220 | |
| GOVERNMENT AGENCY - US ATTORNEY GENERAL & DEP'T OF JUSTICE | US ATTORNEY GENERAL US DEPARTMENT OF JUSTICE | MICHAEL MUKASEY | 950 PENNSYLVANIA AVE NW | | WASHINGTON | DC | 20530-0001 | |
| GOVERNMENT AGENCY - US ATTORNEY'S OFFICE | US ATTORNEYS OFFICE | ELLEN W SLIGHTS | 1007 N ORANGE ST STE 700 | PO BOX 2046 | WILMINGTON | DE | 19899-2046 | |
| INTERESTED PARTY | VEDDER PRICE PC | MICHAEL J EDELMAN | 1633 BROADWAY 47TH FL | | NEW YORK | NY | 10019 | |
| INTERESTED PARTY | VEDDER PRICE PC | MICHAEL L SCHEIN | 1633 BROADWAY 47TH FL | | NEW YORK | NY | 10019 | |
| TRUSTEE FOR NERP AND RABBI TRUST | WACHOVIA BANK NA | CRAIG BAREFOOT | 1 WEST FOURTH ST | MC NC 6251 | WINSTON SALEM | NC | 27101 | |
| COUNSEL TO CITIBANK NA AS ADMINISTRATIVE AGENT | WEIL GOTSHAL & MANGES LLP | ATTN JOSEPH H SMOLINKSY & DAVID N GRIFFITHS | 767 FIFTH AVE | | NEW YORK | NY | 10153 | |

In re: CIT Group Inc., et al.
Case No. 09-16565 (ALG)

Page 4 of 4

12/23/2013 9:26 AM

# Exhibit B

**Exhibit B**

Special Parties

| PARTY DESCRIPTION | CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Counsel to Tyco | Gibson Dunn & Crutcher LLP | Marshall R. King | 200 Park Avenue | New York | NY | 10166-0193 |
| Counsel to Tyco | Mayer Brown LLP | Thomas S. Kiriakos & Joshua M. Grenard | 71 S Wacker Dr | Chicago | IL | 60606 |

In re: CIT Group Inc., et al.
Case No. 09-16565 (ALG)

Page 1 of 1

12/23/2013 9:29 AM

# Exhibit C

**Exhibit C**
Core 2002 Email Service List

| PARTY DESCRIPTION | COMPANY | CONTACT | EMAIL |
|---|---|---|---|
| COUNSEL TO MARICOPA COUNTY | AIKEN SCHENK HAWKINS & RICCIARDI PC | BARBARA LEE CALDWELL | BLC@ASHRLAW.COM |
| COUNSEL TO AT&T CORP | AT&T CORP | ATTN JAMES W GRUDUS | JG5786@ATT.COM |
| ATTORNEY GENERAL OF THE STATE OF NEW YORK | ATTORNEY GENERAL OF THE STATE OF NEW YORK | ANDREW M CUOMO | NEAL.MANN@OAG.STATE.NY.US |
| TOP 75 UNSECURED CREDITORS | BANCO DE CREDITO FACILITY | ATTN SIMON DUQUE ROJAS & ANGELA MARIA JARAMILLO ARBELAEZ | SIMON.DUQUE@GRUPOHELM.COM ANGELA.JARAMILLO@GRUPOHELM.COM |
| TOP 75 UNSECURED CREDITORS | BANCOLUMBIA FACILITY | ATTN CARLOS EDUARDO PALACIOS RUEDA | CEPALACI@BANCOLOMBIA.COM.CO |
| TOP 75 UNSECURED CREDITORS | BANCOLUMBIA FACILITY | ATTN HECTOR FELIPE ROJAS GUZMAN | FROJAS@BANCOLOMBIA.COM.CO |
| TOP 75 UNSECURED CREDITORS | BANK OF AMERICA NA ADMINISTRATIVE AND COLLATERAL AGENT | ATTN CHARLES GRABER | CHARLES.GRABER@BANKOFAMERICA.COM |
| COUNSEL FOR IRON MOUNTAIN INFORMATION MANAGEMENT INC | BARTLETT HACKETT FEINBERG PC | ATTN FRANK F MCGINN | FFM@BOSTONBUSINESSLAW.COM |
| GOVERNMENT AGENCY - FEDERAL RESERVE | BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM | ATTN OFFICE OF THE SECRETARY | LANCE.AUER@NY.FRB.ORG |
| INTERESTED PARTY  BANK OF AMERICA NA | CAHILL GORDON & REINDEL LLP | JOEL H LEVIN | JLEVITIN@CAHILL.COM |
| COUNSEL TO BANK OF AMERICA NA | CAHILL GORDON & REINDEL LLP | JOEL H LEVITIN & STEPHEN J GORDON | JLEVITIN@CAHILL.COM SGORDON@CAHILL.COM |
| COUNSEL TO BANK OF AMERICA NA AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT UNDER THE SENIOR CREDIT FACILITY; COUNSEL TO BANK OF AMERICA AS L.C ISSUER | DAVIS POLK & WARDWELL LLP | PETER SW LEVIN & TIMOTHY GRAULICH | CIT.SERVICE@DAVISPOLK.COM |
| COUNSEL TO BANK OF AMERICA NA | DAVIS POLK & WARDWELL LLP | TIMOTHY E. GRAULICH | CIT.SERVICE@DAVISPOLK.COM |
| COUNSEL TO FIFTH THIRD BANK AND THE FIFTH THIRD LEASING COMPANY INC | DAY PITNEY LLP | RONALD S BEACHER | RBEACHER@DAYPITNEY.COM |
| GOVERNMENT AGENCY - SECRETARY OF THE TREASURY | DELAWARE SECRETARY OF THE TREASURY | | STATETREASURER@STATE.DE.US |
| COUNSEL TO BANK OF NEW YORK MELLON | EMMET MARVIN & MARTIN LLP | ATTN EDWARD P ZUJKOWSKI | EZUJKOWSKI@EMMETMARVIN.COM |
| AGENT OF BONDHOLDERS | FIDELITY INVESTMENTS | CHRIS MOLLE | CHRISTOPHER.MOLLE@FMR.COM |
| COUNSEL TO AT&T CORP | FULBRIGHT & JAWORSKI LLP | DAVID A ROSENZWEIG & MARK C HAUT | DROSENZWEIG@FULBRIGHT.COM MHAUT@FULBRIGHT.COM |
| COUNSEL TO ARAPAHOE COUNTY TREASURER | GEORGE ROSENBERG ESQ | | GROSENBERG@CO.ARAPAHOE.CO.US JHOLMGREN@CO.ARAPAHOE.CO.US |
| COUNSEL TO STANDARD & POOR'S | GIBBONS PC | ATTN DAVID N CRAPO | DNCRAPO@GIBBONSLAW.COM |
| COUNSEL TO WILMINGTON TRUST COMPANY | GIBSON DUNN & CRUTCHER LLP | MATTHEW J WILLIAMS, MATTHEW K KELSEY & ERIC WATERS | MJWILLIAMS@GIBSONDUNN.COM MKELSEY@GIBSONDUNN.COM EWATERS@GIBSONDUNN.COM |
| COUNSEL TO 11 WEST 42 REALTY INVESTORS LLC | GREENBERG TRAURIG LLP | ATTN: DANIEL J ANSELL & HEATH B KUSHNICK | ANSELLD@GTLAW.COM KUSHNICKH@GTLAW.COM |
| COUNSEL TO M&T CREDIT SERVICES, LLC | HUGHES HUBBARD & REED LLP | MICHAEL LUSKIN & ERIC J FROMME | LUSKIN@HUGHESHUBBARD.COM FROMME@HUGHESHUBBARD.COM |
| INTERNATIONAL BUSINESS NACHINES CREDIT LLC | IBM CORPORATION | ATTN VICKY NAMKEN | VNAMKEN@US.IBM.COM |
| TOP 75 UNSECURED CREDITORS | JEFFREY D SIMON | | JEFFSIMON@OPTONLINE.NET LAMARSIELLO@GMAIL.COM |
| COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NEW YORK | KELLEY DRYE & WARREN LLP | DAVID E RETTER & JASON R ALDERSON | KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM |
| COUNSEL TO OAKLAND COUNTY TREASURER | KILPATRICK & ASSOCIATES PC | RICHARDO I KILPATRICK | ECF@KAALAW.COM |
| COUNSEL TO WAYNE COUNTY TREASURER | KILPATRICK & ASSOCIATES PC | RICHARDO I. KILPATRICK | ECF@KAALAW.COM |
| COUNSEL TO TARGA MIDSTREAM SERVICE LIMITED PARTNERSHIP | LAW OFFICE OF PATRICIA WILLIAMS PREWITT | PATRICIA WILLIAMS PREWITT | PWP@PATTIPREWITTLAW.COM |
| COUNSEL TO CARROLLTON-FARMERS BRANCH ISD AND LEWISVILLE ISD | LAW OFFICES OF ROBERT E LUNA PC | C/O ANDREA SHEEHAN ESQ | SHEEHAN@TXSCHOOLLAW.COM |
| TOP 75 UNSECURED CREDITORS | LAWRENCE A MARSIELLO | | LAMARSIELLO@GMAIL.COM |
| TOP 75 UNSECURED CREDITORS | LAWRENCE A MARSIELLO | C/O FORD HARRISON LLP | SZWEIG@FORDHARRISON.COM |
| COUNSEL TO NINA FOOTWEAR CORP | LAZARUS & LAZARUS PC | ATTN HARLAN M LAZARUS ESQ | HMLLAW@ATT.NET |
| COUNSEL TO JEFFERSON COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON LLP | CLAYTON E MAYFIELD | BEAUMONT.BANKRUPTCY@PUBLICANS.COM |
| COUNSEL TO BROWN CAD, KAUFMAN COUNTY, HUNT COUNTY, DESOTO ISD, ELLIS COUNTY, GRAYSON COUNTY, CITY OF FRISCO, CITY OF RICHARDSON, DALLAS COUNTY, COPPELL ISD, CITY OF COPPELL, AND TARRANT COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ELIZABETH WELLLER | DALLAS.BANKRUPTCY@PUBLICANS.COM |
| COUNSEL TO FORT BEND COUNTY, MONTGOMERY COUNTY, ORANGE COUNTY, GALVESTON COUNTY, LIBERTY COUNTY, POLK COUNTY, HARRIS COUNTY, KATY ISD & CYPRESS-FAIRBANKS ISD | LINEBARGER GOGGAN BLAIR & SAMPSON LLP | JOHN P DILLMAN | HOUSTON_BANKRUPTCY@PUBLICANS.COM |
| COUNSEL TO PENSIOENFONDS HORECA & CATERING | LOWENSTEIN SANDLER PC | MICHAEL S ETKIN & S JASON TEELE | METKIN@LOWENSTEIN.COM STEELE@LOWENSTEIN.COM |

**Exhibit C**
Core 2002 Email Service List

| PARTY DESCRIPTION | COMPANY | CONTACT | EMAIL |
|---|---|---|---|
| COUNSEL TO CIT EXECUTIVES- TOM BLOCH, JOHNNY D. BURR, JOSEPH DEHLER, JAMES J. EGAN, JR., GEORGE FINGUERRA, ALBERT GAMPER, THOMAS HALLMAN, THOMAS JOHNSON, ROY W. KELLER, JR., LAWRENCE A. MARSIELLO, ROBERT J. MERRITT, SUSAN MITCHELL, WILLIAM O'GRADY, THOMAS O'ROURKE, JOSEPH POLLICINO, RICHARD V. ROMER, PAUL SCHARPF, JEFFREY D. SIMON, ERNEST STEIN, WILLIAM TAYLOR, AND NIKITA ZDANOW. | MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO PC | STUART HIRSHFIELD | SHIRSHFIELD@MINTZ.COM |
| UNITED STATES TRUSTEE - SOUTHERN DISTRICT OF NEW YORK | OFFICE OF THE UNITED STATES TRUSTEE | PAUL SCHWARTZBERG | PAUL.SCHWARTZBERG@USDOJ.GOV |
| COUNSEL TO THE LENDER STEERING COMMITTEE | PAUL WEISS RIFKIND WHARTON & GARRISON LLP | ANDREW N ROSENBERG SARAH HARNETT ARINA POPOVA & ALICE BELISLE EATON | AROSENBERG@PAULWEISS.COM SHARNETT@PAULWEISS.COM APOPOVA@PAULWEISS.COM AEATON@PAULWEISS.COM |
| CAPITAL RESEARCH AND MANAGEMENT COMPANY AND AFFILIATES | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ANDREW R ROSENBERG & ALICE BELISLE EATON | AROSENBERG@PAULWEISS.COM AEATON@PAULWEISS.COM |
| COUNSEL TO CITY OF BURLESON, BURLESON ISD, HILL COUNTY JC, JOHNSON COUNTY, CITY OF CLEBURNE, CLEBURNE ISD, JOSHUA ISD, GRANDVIEW ISD, ALVARADO ISD, GODLEY ISD, CITY OF JOSHUA, CITY OF ALVARADO, CITY OF GODLEY, CITY OF GRANDVIEW, RIO VISTA ISD, VENUS ISD CITY OF AZLE, CITY OF BENBROOK, CARROLL ISD CASTLEBERRY ISD, CROWLEY ISD, EAGLE MNT-SAGINAW ISD, ARLINGTON ISD, CITY OF HASLET, CITY OF HURST, CITY OF LAKE WORTH MANSFIELD ISD, CITY OF RICHLAND HILLS, CITY OF WATAUGA, RICHARDSON ISD CITY OF UNIVERSITY PARK TOWN OF HIGHLAND PARK DALLAS COUNTY UTILITY & RECLAMATION DISTRICT VALWOOD IMPROVEMENT AUTHORITY | PERDUE BRANDON FIELDER COLLINS & MOTT LLP | C/O ELIZABETH BANDA | EBANDA@PBFCM.COM |
| COUNSEL TO BURLESON COUNTY, CAMERON ISD, CITY OF HIDALGO, CITY OF PHARR COLORADO COUNTY, DRIPPING SPRINGS ISD, FAYETTE COUNTY, HIDALGO COUNTY, HIDALGO ISD, KARNES COUNTY, LA JOYA ISD, LULING ISD, MCALLEN ISD, SAN JACINTO COUNTY AND WIMBERLEY ISD | PERDUE BRANDON FIELDER COLLINS & MOTT LLP | CO JOHN T BANKS | JBANKS@PBFCM.COM |
| COUNSEL TO AON CONSULTING | POST & SCHELL PC | BRIAN W BISIGNANI | BBISIGNANI@POSTSCHELL.COM |
| RONALD DEAN DAVIS NOTE HOLDER AND PARTY IN INTEREST | RONALD DEAN DAVIS | | RDSEDAVIS@SBCGLOBAL.COM |
| GOVERNMENT AGENCY - SEC | SECURITIES & EXCHANGE COMMISSION | | SECBANKRUPTCY@SEC.GOV |
| GOVERNMENT AGENCY - SEC | SECURITIES & EXCHANGE COMMISSION | ALLEN MAIZA | NEWYORK@SEC.GOV |
| SPECIAL COUNSEL FOR REORGANIZED DEBTOR CIT GROUP INC. | SIDLEY AUSTIN LLP | LEE S. ATTANASIO & JOHN G. HUTCHINSON | LATTANASIO@SIDLEY.COM JHUTCHINSON@SIDLEY.COM |
| COUNSEL TO JPMORGAN CHASE BANK NA | SIMPSON THACHER & BARTLETT LLP | ATTN MARK THOMPSON | MTHOMPSON@STBLAW.COM |
| COUNSEL TO ICAHNPARTNERS LP, ICAHN PARTNERS MASTER FUND, LP, ICAHN PARTNERS MASTER FUND II LP, ICAHN PARTNERS MASTER FUND III LP, HIGH RIVER LIMITED PARTNERSHIP | SONNENSCHEIN NATH & ROSENTHAL LLP | PETER D WOLFSON & OSCAR N PINKAS | PWOLFSON@SONNENSCHEIN.COM OPINKAS@SONNENSCHEIN.COM |
| COUNSEL TO MIZUHO CORPORATE BANK LTD | STROOCK & STROOCK & LAVAN LLP | MARK SPEISER & SHERRY MILLMAN | MSPEISER@STROOCK.COM SMILLMAN@STROOCK.COM |
| COUNSEL TO REGIONS EQUIPMENT FINANCE LTD | SULLIVAN & WORCESTER LLP | PAMELA SMITH HOLLEMAN | PHOLLEMAN@SANDW.COM |
| COUNSEL TO REGIONS EQUIPMENT FINANCE LTD | SULLIVAN & WORCESTER LLP | ROBERT J GILLISPIE | RGILLISPIE@SANDW.COM |
| CREDITOR | TENNESSEE DEPARTMENT OF REVENUE | C OTN ATTORNEY GENERALS OFFICE BANKRUPTCY DIVISION | AGBANKNEWYORK@AG.TN.GOV |
| COUNSEL TO THE METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY TENNESSEE | THE DEPARTMENT OF LAW | CO ANDREW D MCCLANAHAN | ANDREW.MCCLANAHAN@NASHVILLE.GOV |
| TOP 75 UNSECURED CREDITORS | TIMOTHY BENNET | | TBENNET2@OPTONLINE.NET |
| GOVERNMENT AGENCY - US ATTORNEY'S OFFICE | US ATTORNEYS OFFICE | ELLEN W SLIGHTS | USADE.ECFBANKRUPTCY@USDOJ.GOV |
| INTERESTED PARTY | VEDDER PRICE PC | MICHAEL J EDELMAN | MJEDELMAN@VEDDERPRICE.COM |
| INTERESTED PARTY | VEDDER PRICE PC | MICHAEL L SCHEIN | MSCHEIN@VEDDERPRICE.COM |
| TRUSTEE FOR NERP AND RABBI TRUST | WACHOVIA BANK NA | CRAIG BAREFOOT | CRAIG.BAREFOOT@WACHOVIA.COM |
| COUNSEL TO CITIBANK NA AS ADMINISTRATIVE AGENT | WEIL GOTSHAL & MANGES LLP | ATTN JOSEPH H SMOLINKSY & DAVID N GRIFFITHS | JOSEPH.SMOLINSKY@WEIL.COM DAVID.GRIFFITHS@WEIL.COM |